# ATTACHMENT TO CIVIL COVER SHEET

*Attorneys for Plaintiffs*
Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, NM 87109
(505) 217-2680
jason@bowles-lawfirm.com

Robert Gorence, Esq.
Gorence & Oliveros
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

Todd J. Bullion, Esq.
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com


*Attorney for Defendant George Archuleta*
CARLOS M. QUIÑONES, ESQ.
QUIÑONES LAW LLC
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com


*Attorney for Rio Rancho Public Schools, Board of Education*
JERRY A. WALZ, ESQ.
WALZ AND ASSOCIATES, P.C.
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com