THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF SANDOVAL
STATE OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

vs.                                          Case No. D-1329-CV-2021-00390

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

## DEFENDANTS RIO RANCHO PUBLIC SCHOOLS, BOARD OF EDUCATION'S NOTICE OF CONSENT TO REMOVAL

    COMES NOW Defendants Rio Rancho Public Schools, Board of Education, by undersigned counsel, and hereby notifies the Court and the parties that they consent to the removal of this case by Defendant George Archuleta.

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
*Attorney for Rio Rancho Public Schools,
Board of Education*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

# EXHIBIT B