# Mark Mondragon

## v.

# Rio Rancho Public Schools, et. al.

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-1329-CV-202100390 | Noel, James A. | 03/15/2021 | BERNALILLO  District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | RIO RANCHO PUBLIC SCHOOLS |
| D | Defendant | 2 | BOARD OF EDUCATION |
| D | Defendant | 3 | ARCHULETA GEORGE |
| P | Plaintiff | 1 | MONDRAGON MARK |

ATTORNEY: BOWLES ROBERT JASON

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 03/15/2021 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other Damages |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| | | |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 04/02/2021 | | | | | |
| 03/15/2021 | JURY DEMAND 6 PERSON  Jury Demand | | | | |
| 03/15/2021 | OPN: COMPLAINT  Complain for Compensation and Damages | | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 03/15/2021 | Noel, James A. | 1 | INITIAL ASSIGNMENT |

# EXHIBIT C