# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

vs.                                          Case No. 1:21-CV-00427 SMV/KRS

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

## ENTRY OF APPEARANCE

Defendants Rio Rancho Public Schools and Board of Education hereby notify the Court that Jerry A. Walz, Walz and Associates, P.C., enters his appearance as counsel of record in this case. Rio Rancho Public Schools and Board of Education request that Jerry A. Walz, Walz and Associates, P.C., receive copies of all notices, pleadings, and correspondence in this case.

                                                Respectfully Submitted,

                                                WALZ AND ASSOCIATES, P.C.

                                                */s/ Jerry A. Walz*
                                                Jerry A. Walz, Esq.
                                                *Attorney for Rio Rancho Public Schools*
                                                *and Board of Education*
                                                133 Eubank Blvd NE
                                                Albuquerque, NM 87123
                                                (505) 275-1800
                                                jerryawalz@walzandassociates.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Jerry A. Walz*
JERRY A. WALZ