IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON o/b/o**
**D.M. a minor child,**

    **Plaintiffs,**

vs.                                                         Case No. 1:21-CV-00427 SMV/KRS

**RIO RANCHO PUBLIC SCHOOLS,**
**BOARD OF EDUCATION and**
**GEORGE ARCHULETA in his**
**Individual and official capacity,**

    **Defendants.**

## CERTIFICATE OF SERVICE

COME NOW Defendants Rio Rancho Public Schools, Board of Education, by and through undersigned counsel, and hereby certify that on June 9, 2021, *Defendants Rio Rancho Public Schools, Board of Education's Initial Rule 26 Disclosures* were served on all counsel via electronic mail as listed below:

Jason Bowles
Todd J. Bullion
Robert Gorence, Esq.
jason@bowles-lawfirm.com
todd@bullionlaw.com
gorence@golaw.us

Carlos M. Quiñones
quinoneslaw@cybermesa.com

Respectfully Submitted,

WALZ AND ASSSOCIATES, P.C.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.
*Attorney for RRPS Defendants*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of June, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Filing.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.

2