UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M., a minor child,

      Plaintiff,

vs.                              No. 1:21-CV-00427 SMV/KRS

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA, in his
individual and official capacity,

      Defendants.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of *Defendant George Archuleta's Rule 26(a)(1) Initial Disclosures,* along with a copy of this Certificate of Service*,* were served via electronic mail on June 9, 2021 to:

Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Dr. NE, Ste. D-5
Albuquerque, NM 87109
(505) 217-2680

and

Robert Gorrence, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 244-0214

and

Todd J. Bullion, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 452-7674
*Attorneys for Plaintiffs*

Jerry A. Walz, Esq.
Walz & Associates
133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
(505) 275-1800
*Attorneys for Defendant Rio Rancho Public
Schools Board Education*

        Respectfully submitted,

        **QUIÑONES LAW FIRM LLC**

        By: Electronically Filed /s/ Carlos M. Quiñones
         CARLOS M. QUIÑONES, ESQ.
         1223 S. Saint Francis Dr., Ste. C
         Santa Fe, NM  87505
         (505) 992-1515    (505) 992-1714 (fax)
         *Attorney for Defendant George Archuleta*