IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o,
D.M. a minor child

        Plaintiff,

v.                                                                                          21-CV-00427-MV-KRS

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
individual capacity,

        Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That I electronically mailed Plaintiff's Initial Disclosures, along with this Certificate of Service to counsel for the Rio Rancho Public Schools and Board of Education, Mr. Jerry A. Walz, Walz & Associates, email: jerryawalz@walzandassociates.com, and counsel for George Archuleta, Mr. Carlos M. Quinones, Quinones Law Firm, email: quinoneslaw@cybermesa.com, on this 15th day of June, 2021.

        Respectfully submitted

        */s/ Jason Bowles*
        Jason Bowles
        Bowles Law Firm
        4811 Hardware Drive, N.E., Suite D5
        Albuquerque, NM 87109
        Telephone: (505) 217-2680
        jason@bowles-lawfirm.com

---and---

        Robert Gorence
        Gorence & Oliveros
        300 Central Ave SW, Suite #1000E
        Albuquerque, NM  87102
        (505) 244-0214
        gorence@golaw.us

---and---

        Todd J. Bullion
        300 Central Ave SW, Suite #1000E
        Albuquerque, NM  87102
        (505) 452-7674
        toddjbullion@gmail.com