IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

1:21-cv-427 MV/KRS
*Mark Mondragon o/b/o D.M. a minor child v. Rio Rancho Public Schools, et al.*

**June 15, 2021**

| | |
|---|---|
| **Attorney for Plaintiff:** | Todd Bullion |
| **Attorney for Defendant**: | Ms. Walz and Carlos Quinones |
| **Proceeding**: | Rule 16 Scheduling Conference |
| **Start Time:** | 10:00 a.m. |
| **Stop Time:** | 10:08 a.m. |
| **Total Time:** | 8 minutes |
| **Clerk:** | AC |

**NOTES**

- The Court greets the parties and enters their appearances for the record.

- The Court adopts the parties' Joint Status Report and Provisional Discovery Plan with modifications and sets the remaining dates and deadlines.
-
- After consultation with the parties, the Court sets a settlement conference for November 9, 2021 at 9:00 a.m. via Zoom. The Court also sets a telephonic status conference for October 14, 2021 at 9:30 a.m. to ensure the parties are ready for the settlement conference.

- There being nothing further, Court adjourns.