## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON, on behalf of
D.M., a minor child,

      Plaintiff,

v.                                       Case No. 1:21-cv-427 MV/KRS

RIO RANCHO PUBLIC SCHOOLS,
Board of Education, et al.,

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

      At the Rule 16 scheduling conference held on June 15, 2021, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

      **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE