IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON o/b/o**
**D.M. a minor child,**

    Plaintiffs,

vs.                                                    Case No. 1:21-CV-00427 MV/KRS

**RIO RANCHO PUBLIC SCHOOLS,**
**BOARD OF EDUCATION and**
**GEORGE ARCHULETA in his**
**Individual and official capacity,**

    Defendants.

## CERTIFICATE OF SERVICE

COME NOW Defendants Rio Rancho Public Schools, Board of Education, by and through undersigned counsel, and hereby certify that on July 26, 2021, *Defendants Rio Rancho Public Schools, Board of Education's First Supplemental Rule 26 Disclosures* were served on all counsel via electronic mail as listed below:

Jason Bowles
Todd J. Bullion
Robert Gorence, Esq.
jason@bowles-lawfirm.com
todd@bullionlaw.com
gorence@golaw.us

Carlos M. Quiñones
quinoneslaw@cybermesa.com

2

Respectfully Submitted,

WALZ AND ASSSOCIATES, P.C.

/s/ Jerry A. Walz
Jerry A. Walz, Esq.
*Attorney for RRPS Defendants*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 26th day of July, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Filing.

/s/ Jerry A. Walz
Jerry A. Walz, Esq.

2