IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON o/b/o**
**D.M. a minor child,**
`
    **Plaintiffs,**

v.                                                                 Case No. 1:21-CV-00427 MV/KRS

**RIO RANCHO PUBLIC SCHOOLS,**
**BOARD OF EDUCATION and**
**GEORGE ARCHULETA in his**
**Individual and official capacity,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

    COMES NOW Defendant Rio Rancho Public Schools, Board of Education, by and through its undersigned counsel, Jerry A. Walz, Walz and Associates, P.C., and hereby certifies that on August 18, 2021, that Defendant served via electronic mail its *First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff Mark Mondragon, o/b/o D.M., a minor* to:

    Jason Bowles, Esq.
    jason@bowles-lawfirm.com

    Robert Gorence, Esq.
    gorence@golaw.us

    Todd J. Bullion, Esq.
    toddjbullion@gmail.com
    *Attorneys for the Plaintiff*

    Carlos M. Quiñones, Esq.
    quinoneslaw@cybermesa.com
    *Attorney for Defendant George Archuleta*

Respectfully submitted,

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Defendant Rio Rancho Public Schools, Board of Education*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 18th day of August, 2021, I filed the foregoing electronically through CM/ECF, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.

2