IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o,
D.M. a minor child

   Plaintiff,

v.                    21-CV-00427-MV-KRS

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
individual capacity,

   Defendants.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of September 2021, I served Plaintiff's First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission to Defendant Rio Rancho Public Schools Board of Education, along with a copy of this Certificate of Service, to the Defendants' Counsel of record, Jerry A. Walz of Walz & Associates and Carlos M. Quinones of Quinones Law Firm at Jerryawalz@walzandassociates.com and Quinoneslaw@cybermesa.com.

  I further certify that on this date, I filed this Certificate of Service through the Court's CM/ECF system, causing a true and correct copy of the foregoing to be served electronically upon all counsel of record as more fully detailed in the Notice of Electronic filing.

                Respectfully submitted,

                */s/ Robert J. Gorence*_____
                Robert J. Gorence
                Gorence Law Firm, LLC
                300 Central Avenue SW, Suite 1000E
                Albuquerque, NM 87102

Phone (505) 244-0214
Facsimile (505) 244-0888
Email: gorence@golaw.us

---and---

Jason Bowles
Bowles Law Firm
4811 Hardware Drive, Bldg. D, Suite 5
Albuquerque NM 87109
Phone: (505) 217-2680
Fax: (505) 217-2681
Email: bowles@bowles-lawfirm.com

---and---

Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com

*Attorneys for Plaintiff*