IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

                                       21-CV-00427 SMV/KRS

vs.

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY That I electronically mailed Answer to Defendant Rio Rancho Public Schools, Board of Education's First Set of Interrogatories, Requests for Production , of Documents, and Requests for Admissions, in care of their attorneys, Mr. Jerry A. Walz, Ms. Alisha Walz, Walz & Associates, email: jerryawalz@walzandassociates.com and awalz@walzandassociates.com, and a courtesy copy to counsel for George Archuleta, Mr. Carlos M. Quinones, Quinones Law Firm, email: quinoneslaw@cybermesa.com, on the 22nd day of September, 2021.

                                                      Respectfully submitted

                                                      */s/ Jason Bowles*
                                                      Jason Bowles
                                                      Bowles Law Firm
                                                      4811 Hardware Drive, N.E., Suite D5
                                                      Albuquerque, NM 87109
                                                      Telephone: (505) 217-2680
                                                      jason@bowles-lawfirm.com

                ---and---

        Robert Gorence
Gorence & Oliveros
300 Central Ave SW, Suite #1000E
Albuquerque, NM  87102
(505) 244-0214
gorence@golaw.us

---and---

Todd J. Bullion
300 Central Ave SW, Suite #1000E
Albuquerque, NM  87102
(505) 452-7674