IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o,
D.M. a minor child

        Plaintiff,

v.                                                                                                  21-CV-00427-MV-KRS

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
individual capacity,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2021, I served Plaintiff's First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission to Defendant George Archuleta, along with a copy of this Certificate of Service, to the Defendants' Counsel of record, Carlos M. Quinones of Quinones Law Firm and Jerry A. Walz of Walz & Associates and at Quinoneslaw@cybermesa.com and Jerryawalz@walzandassociates.com.

I further certify that on this date, I filed this Certificate of Service through the Court's CM/ECF system, causing a true and correct copy of the foregoing to be served electronically upon all counsel of record as more fully detailed in the Notice of Electronic filing.

        Respectfully submitted,

        */s/ Robert J. Gorence*_____
        Robert J. Gorence
        Gorence Law Firm, LLC
        300 Central Avenue SW, Suite 1000E
        Albuquerque, NM 87102
        Phone (505) 244-0214
        Facsimile (505) 244-0888
        Email: gorence@golaw.us

---and---

Jason Bowles
Bowles Law Firm
4811 Hardware Drive, Bldg. D, Suite 5
Albuquerque NM 87109
Phone: (505) 217-2680
Fax: (505) 217-2681
Email: bowles@bowles-lawfirm.com

---and---

Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com

*Attorneys for Plaintiff*