IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

vs.                                                Case No. 1:21-CV-00427 MV/KRS

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER having come before the Court pursuant to the Order by the Court [Doc. 28], and the parties' Joint Motion for Amended Scheduling Order [Doc. 29], the parties have conferred and propose the following amended case deadlines:

a) Plaintiff's Rule 26(a)(2) expert disclosure:     March 17, 2022

b) Defendants' Rule 26(a)(2) expert disclosure:     April 18, 2022

c) Termination date for discovery:     June 15, 2022

d) Motions relating to discovery to be filed by:     June 22, 2022

e) Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by:   July 27, 2022

f) Pretrial Order from Plaintiff to Defendants: 14 days after pending Pretrial motions are resolved or, if there are no pending motions, August 10, 2022;

g) Pretrial Order due to Court: 14 days after the Pretrial Order from Plaintiff to Defendants deadline.

                                                            KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE

Approved:
GORENCE LAW FIRM, LLC

_____
ROBERT GORENCE
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
505-244-0214
gorence@golaw.us

---and---

Jason Bowles
Bowles Law Firm
4811 Hardware Drive, Bldg. D, Suite 5
Albuquerque, NM 87109
(505) 217-2680
bowles@bowles-lawfirm.com

---and---

Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
todd@bullionlaw.com
*Attorneys for Plaintiff*

**WALZ AND ASSOCIATES, P.C.**

*/s/ Jerry A. Walz*
JERRY A. WALZ
*Attorney for RRPS Defendants*
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: (505) 275-1800
jerryawalz@walzandassociates.com

**QUIÑONES LAW FIRM LLC**

*/s/ Carlos M. Quiñones, Esq.*
CARLOS M. QUIÑONES, ESQ.
Attorney for Defendant Archuleta
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com