IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

                                          21-CR-00427 SMV/KRS

vs.

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

## JOINT NOTICE OF SETTLEMENT CONFERENCE

Plaintiff Mark Mondragon on behalf of his son D.M. a minor child, by and through his counsel of record, Jason Bowles of Bowles Law Firm, Robert Gorence of Gorence Law Firm and Todd Bullion of the Law Offices of Todd Bullion, Defendant Rio Rancho Public Schools, Board of Education, by and through their counsel, Jerry A. Walz and Alisha L. Walz, Walz and Associates, P.C., and Defendant George Archuleta, by and through his counsel, Carlos Quiñones of Quiñones Law Firm, hereby files this Joint Notice of Settlement Conference per the Court's order in *Sarah Montoya, et al. vs. Rio Rancho Public Schools Board of Education, et al.,* Case No.: 21-CV-648 DHU/JFR, Order Setting Joint Settlement Conference and Related Cases (Doc. 28), and submits the dates of the settlement conference and related deadlines:

    **1.**    **Plaintiff's letter due to Defendant and the Court: Thursday, May 5, 2022**

    **2.**    **Defendant's counteroffer letter due to Plaintiff and the Court: Thursday, May12, 2022**

3. **Parties' confidential position statements due to the Court: Thursday, May 19, 2022**

4. **Telephonic Pre-settlement conference: Thursday, June 2, 2022, at 10:00 a.m. to 11:30 a.m.**

5. **Settlement conference: Monday, June 27, 2022, at 9:00 a.m. to 5:00 p.m.**

Respectfully submitted

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, NM 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

---and---

Robert Gorence
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

---and---

Todd J. Bullion
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
Telephone: (505) 452-7674
Email: todd@bullionlaw.com

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 24th day of February, 2022 to:

Mr. Jerry A. Walz
Ms. Alisha L. Walz
Walz & Associates
Mr. Carlos M. Quiñones

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm