# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON o/b/o**
**D.M. a minor child,**

    **Plaintiffs,**

                                          Case No. 1:21-cv-00427 MV/KRS

vs.

**RIO RANCHO PUBLIC SCHOOLS,**
**BOARD OF EDUCATION and**
**GEORGE ARCHULETA in his**
**Individual and official capacity,**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT CONFERENCE

COME NOW Defendant Rio Rancho Public Schools, Board of Education, by and through counsel, Jerry A. Walz, Walz and Associates, P.C., Defendant George Archuleta, by and through counsel, Carlos Quiñones, Quiñones Law Firm, LLC, and Plaintiff Mark Mondragon on behalf of his son D.M., a minor child, by and through counsel, Jason Bowles of Bowles Law Firm, Robert Gorence of Gorence Law Firm, and Todd Bullion of the Law Offices of Todd Bullion and hereby file this Joint Notice of Settlement Conference per the Court's Order in *Sarah Montoya, on Behalf of L.M., a Minor Child. vs. Rio Rancho Schools Board of Education, et al.*, Case No. 21-CV-648 DHU/JFR, Order Setting Joint Settlement Conference and Related Dates (Doc. 42), and submits the dates of the settlement conference and related deadlines:

1. **Plaintiff's letter due to Defendant and the Court: Thursday, September 29, 2022**

2. **Defendant's counteroffer letter due to Plaintiff and the Court: Thursday, October 6, 2022**

3. **Parties' confidential position statements due to the Court: Monday, October 10, 2022**

4. **Telephonic Pre-settlement conference: Thursday, October 13, 2022, at 9:30 a.m.**

5. **Settlement conference: Friday, November 4, 2022, at 9:00 a.m.**

Respectfully submitted,

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
*Attorney for RRPS Defendants*
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: (505) 275-1800
jerryawalz@walzandassociates.com

QUIÑONES LAW FIRM LLC

*/s/ Carlos M. Quiñones, Esq.*
CARLOS M. QUIÑONES, ESQ.
Attorney for Defendant Archuleta
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com

BOWLES LAW FIRM

*/s/ Jason Bowles, Esq.*
JASON BOWLES, ESQ.
4811 Hardware Drive, Bldg. D, Suite 5
Albuquerque, NM 87109
(505) 217-2680
bowles@bowles-lawfirm.com

---and---
GORENCE LAW FIRM, LLC
ROBERT GORENCE, ESQ.
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
505-244-0214
gorence@golaw.us

---and---

TODD J. BULLION, ESQ.
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
todd@bullionlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of July, 2022, I filed the foregoing electronically through the CM/ECF system which caused all parties of record to be served by electronic mail, as more fully reflected in the Notice of Electronic Filing.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.