UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

**Clerk's Minutes**

*Mondragon v. Rio Rancho Public Schools Board of Education and Archuleta*, 21cv427 KK/JHR
*Montoya v. Rio Rancho Public Schools Board of Education and Archuleta*, 21cv648 KK/JHR
*Salazar v. Rio Rancho Public Schools Board of Education, Archuleta, and Doe*, 21cv751 KK/JHR

Thursday, October 13, 2022, at 9:30 a.m.

**Plaintiffs' Attorney Present:**                         Jason Bowles
                                                          Todd J. Bullion


**Defendant Rio Rancho Public Schools**
**Board of Education's Attorneys Present:**               Alisha L. Walz
                                                          Jerry A. Walz

**Defendant George Archuleta's Attorney**
**Present:**                                              Carlos M. Quinones


**TYPE OF PROCEEDING:**   Pre-settlement Status Conference
                          Total Time – 15 minutes


**COURT'S NOTES/RULINGS:**

- The Court held a pre-settlement status conference to determine if the parties are prepared to proceed with the global settlement conference currently scheduled for Friday, November 4, 2022.