UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

**Clerk's Minutes**

*Mondragon v. Rio Rancho Public Schools Board of Education and Archuleta*, 21cv427 KK/JHR
*Montoya v. Rio Rancho Public Schools Board of Education and Archuleta*, 21cv648 KK/JHR
*Salazar v. Rio Rancho Public Schools Board of Education, Archuleta, and Doe*, 21cv751 KK/JHR

- A Rule 16 Settlement Conference was held on Friday, November 4, 2022, before United States Magistrate Judge John F. Robbenhaar.

**Plaintiffs' Attorney Present:**         Jason Bowles
                                          Todd J. Bullion

**With Clients:**                         Mark Mondragon, Elsie Cordova, and D.M.
                                          Sarah Montoya and L.M.
                                          Angela Salazar and J.M.

**Defendants' Attorneys Present:**        Jerry A. Walz
                                          Alisha L. Walz
                                          Carlos M. Quinones

**With Clients:**                         Martin Esquivel, NMPSIA
                                          Kevin Sovereign, Senior Account Manager
                                          Steve Vanetsky, CCMSI Claims Manager
                                          Marc Bernstein, Senior Claims Specialist
                                          Loren Hatch, RRPS Chief Counsel

- Attorneys Jason Bowles and Todd J. Bullion appeared in person with clients Mark Mondragon, Elsie Cordova, and D.M.  All other individuals participated via ZOOM.

**RESULTS OF SETTLEMENT CONFERENCE:**

The case did not settle.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

Four hours and twenty-eight minutes.

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

One hour and nineteen minutes.