**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARK MONDRAGON,

    Plaintiff,

vs.                                                         Civ. No. 21-427 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants,

*and*

SARAH MONTOYA,

    Plaintiff,

vs.                                                         Civ. No. 21-648 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants,

*and*

ANGELA SALAZAR,

    Plaintiff,

vs.                                                         Civ. No. 21-751 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

**<u>ORDER CONSOLIDATING CASES</u>**

THIS MATTER is before the Court on the parties' Joint Motion to Consolidate, filed in *Mondragon v. Rio Rancho Public Schools Board of Education, et al.*, Civ. No. 21-427 KK/JHR

("*Mondragon*"), on December 7, 2022. (Doc. 48.) The Court, having reviewed the motion, the record, and the relevant law, being otherwise sufficiently advised, and for the reasons stated in the motion, FINDS that the motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that *Montoya v. Rio Rancho Public Schools Board of Education, et al.*, Civ. No. 21-648 KK/JHR, and *Salazar v. Rio Rancho Public Schools Board of Education, et al.*, Civ. No. 21-751 KK/JHR, shall be consolidated with the *Mondragon* case for purposes of discovery, pretrial proceedings, and trial. *Mondragon* shall be the lead case.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to consolidate the three listed cases, with *Mondragon* being identified as the lead case.

IT IS FURTHER ORDERED that, pending further order of the Court, all future filings shall be made in the lead case only.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE