IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON,

    Plaintiffs,

vs.                                        Case No. 1:21-cv-00427 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

*and*

SARAH MONTOYA,

    Plaintiffs,

vs.                                        Case No. 1:21-cv-00648 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

*and*

ANGELA SALAZAR,

    Plaintiffs,

vs.                                        Case No. 1:21-cv-00751 KK/JHR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER having come before the court on the Joint Motion for Amended Scheduling Order [Doc. 50], the Court being fully advised in the premises finds that it is well-taken. The motion is therefore GRANTED.

IT IS THEREFORE ORDERED that the parties shall abide by the following deadlines:

a) Plaintiff's Rule 26(a)(2) expert disclosure: February 1, 2023

b) Defendants' Rule 26(a)(2) expert disclosure: March 15, 2023

c) Termination date for discovery: June 22, 2023

   (except for expert depositions)

d) Motions relating to discovery to be filed by: June 30, 2023

e) Expert depositions to be conducted by: July 19, 2023

f) Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: August 21, 2023

g) Pretrial order deadlines to be set by presiding Magistrate Judge Kirtan Khalsa.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE