IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Minutes**

*Mondragon v. Rio Rancho Public Schools, et al.*

Civ. No. 21-0427 KK/JMR (Lead case)
*Montoya v. Rio Rancho Public Schools, et al.*, 21-648 KK/JMR (Member case)
*Salazar v. Rio Rancho Public Schools, et al.*, 21cv751 KK/JMR (Member case)

Tuesday, May 9, 2023, at 9:30 a.m. MT

**PLAINTIFFS' ATTORNEY PRESENT:**       Todd Bullion

**DEFENDANTS' ATTORNEY PRESENT:**       **Jerry Walz for Rio Rancho Pub. Schs.**
**Carlos M. Quinones for Def. Archuleta**

**TYPE OF PROCEEDING:**       Telephonic Trial Scheduling Conference
Total Time – 8 minutes

**CLERK'S MINUTES:**

- The Court held a telephonic trial scheduling conference in this matter.

- The Court will set trial for 5 days beginning February 26, 2024.