IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON, o.b.o. D.M.,
a minor child,

    Plaintiffs,

vs.                                           Case No. 1:21-cv-00427 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and
GEORGE ARCHULEETA, in his individual and official capacity,

    Defendants.

and

SARAH MONTOYA, o.b.o L.M.,
a minor child,

    Plaintiffs,

vs.                                           Case No. 1:21-cv-00648 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and
GEORGE ARCHULEETA, in his individual capacity,

    Defendants.

and

ANGELA SALAZAR, o.b.o J.M.,
a minor child,

    Plaintiffs,

vs.                                           Case No. 1:21-cv-00751 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, and
GEORGE ARCHULEETA, in his individual capacity, and
JOHN DOE # 1, in his individual capacity,

    Defendants.

# EXHIBIT B

## AFFIDAVIT OF DONALD D. MANGIN

1. My name is Donald D. Mangin, Jr., and I am over the age of 18 years.

2. I am currently employed by the Rio Rancho Public Schools in the position of Security Manager, and my office is located at the V. Sue Cleveland High School.

3. As Security Manager, I oversee security at all of the Rio Rancho Public Schools north of Northern Blvd, Rio Rancho, which includes V. Sue Cleveland High School, and I supervise all Campus Security Aides at these locations.

4. I have held the position of Security Manager for approximately 9 years, starting in 2014 through the present as set forth in paragraph 3 above.

5. As Security Manager for the Rio Rancho Public Schools, I am familiar with and have first-hand knowledge of the job duties and responsibilities, and of the day-to-day activities and job duties of Campus Security Aides, which included the activities of George Archuleta as a Campus Security Aide.

6. The majority of security issues at the V. Sue Cleveland High School during George Archuleta's employment concerned dealing with student vaping of nicotine and/or THC.

7. The principal job duties of a Campus Security Aide, those duties that they devote the majority of their time to, are set forth in the job description of George Archuleta, attached hereto as Exhibit A.

8. The Campus Security Aides principal duties does not constitute maintaining public order and/or making arrests.

9. George Archuleta, in his position as a Campus Security Aide, was not armed and not authorized to utilize force absent exigent circumstances.

2

10. Campus Security Aides do not hold themselves out to be law enforcement officers or have power and authority vested to law enforcement officers pursuant to federal, state, and local laws.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD D. MANGIN, JR.

STATE OF NEW MEXICO   )
                      )ss.
COUNTY OF SANDOVAL    )

The above affidavit was subscribed and sworn to before me by Donald D. Mangin, Jr., on this 31st day of August, 2023.

_____
Notary Public

(SEAL)

LORI A. WAGNER
Notary Public - State of New Mexico
Commission # 1137420
My Comm. Expires Feb 2, 2026

My commission expires  2. 2. 2026

3

RRPS Defendants 000165

NON-EXEMPT

# RIO RANCHO SCHOOL DISTRICT
500 Laser Road NE
Rio Rancho, NM 87124
Telephone: (505) 896-0667
FAX: (505) 896-0662

ARCHULETA, GEORGE-CLT
021219-Security/ Duty/Campus AidesV.
Sue Cleveland High School

**Job Title:** CAMPUS SECURITY AIDE

### Minimum Qualifications
- High School Diploma or GED
- Current New Mexico driver's license
- Work experience in an educational and/or security setting preferred

**EXHIBIT A TO DONALD MANGIN'S AFFIDAVIT**

### Knowledge, Skills and Abilities
- Effective verbal communications techniques;
- Knowledge of applicable school rules and district policies;
- Knowledge of Security Guidelines;
- Participate in NVCPI training and recertification;
- Collect and analyze information and to make independent judgments;
- Maintain effective relationships with staff, students, and law enforcement, and public safety agencies;
- Use standard communications equipment.(radios, phone, computer, PDA);
- Operate district-owned vehicles;
- Patrol school facilities on foot, bicycles, golf carts, ATVs, and vehicles;
- Control situations and persons, using physical force when necessary;
- Direct traffic flow in and out of school property.

### Essential Job Responsibilities
- Patrols school facilities on foot and with the use of vehicles;
- Assists in the enforcement of school rules and regulations;
- Assists in supervision of crowds at spectator events;
- Assists with searches;
- Monitors and directs traffic in and out of school grounds to city streets;
- Monitors, directs, and controls visitor access;
- Monitors student activities on campus;
- Provides security in parking lots;
- Works closely with law enforcement and emergency services providers;
- Provides first aid/DeFib to injured persons when certified;
- Opens and secures gates and doorways as required;
- Performs other related functions as directed by security manager and/or lead or school principal/designee;
- Complies with state-approved New Mexico Administrative Code of Ethical Responsibility of the Education Profession and the RRPS Employee Standards of Conduct and upholds and enforces rules, administrative directives and regulations, school board policies, and local, state and federal regulations;
- Perform other related functions as directed by supervisor/school administrator.

**Work Hours:** 182 day contract. This position may work flexible hours or shift work for sporting and special activities as directed by security manager and/or security aide lead, principal or executive

Campus Security Aide
Page 1 of 3

RRPS Defendants 000165

director within the parameters of the current Collective Bargaining Agreement. Work hours are established in employment contract. Additional work hours may be assigned by the supervisor.

**Accountability**
    Reports to:    Security Manager or Campus Security Aide Lead in absence of Manager.
    Evaluated by:  Security Manager

**Evaluation:** Performance of this job will be evaluated in accordance with provisions of the board's policy on Evaluation of Professional Personnel.

**Equipment, Tools, and Materials:** Desks, chairs, computers, audio-visual equipment, radios, public safety equipment, ATV's, golf carts, Segways, bicycles and motor vehicles, etc.

**Bargaining Status: BU**

**Functional Profile:** Persons assigned to this position must possess the ability to engage in certain physical tasks as part of their job duties. The following section identifies the nature and expected frequency of those tasks and is not intended to describe all job tasks in this position. Individual work assignments may vary from the representative tasks described herein.

*Stooping*                                                                        Frequency:   F
    Stoops to retrieve items of contraband and evidence.

*Kneeling/Crouching*                                                              Frequency:   F
    Kneels to recover items of contraband or evidence from floor, to assist injured persons, and to restrain combative persons.

*Reaching Horizontally*                                                           Frequency:   F
    Extends arms to separate combative students and to direct traffic on school grounds.

*Reaching Vertically*                                                             Frequency:   F
    Extends and waves arms vertically to attract/summon assistance.

*Walking*                                                                         Frequency:   F
    Walks throughout campus while patrolling grounds.

*Running*                                                                         Frequency:   F
    Runs to expedite movement from place to place on campus.

*Standing*                                                                        Frequency:   F
    Stands while surveying assigned areas for security issues.

*Sitting*                                                                         Frequency:   F
    Sits while preparing reports and while supervising students.

*Smelling*                                                                        Frequency:   O
    Monitors for aromas of liquor, drugs, or other illegal or prohibited items with distinctive smells.

*Near Vision*                                                                     Frequency:   F
    Reads procedures and instructions and prepares reports and forms.

    R = Rarely (0 – 10%);  O = Occasionally (11 – 33%);  F = Frequently (34 – 66%);  C = Constantly (67 – 100%)

*Far Vision*                                                              Frequency:  C
    Visually monitors assigned areas for signs of prohibited or suspicious activity.

*Color Discrimination*                                                    Frequency:  F
    Identifies suspicious persons and offenders through clothing descriptions.

*Hand Use*                                                                Frequency:  C
    Uses hands and fingers to write reports, collect contraband/evidence and to restrain combative persons.

**Work Environment:** Employees assigned to this position work both in and out of doors in a school environment. This section includes descriptions of workplace conditions incumbents in this position may expect to experience.

*Slippery Floor Surfaces*                                                 Frequency:  F
    Floors/ground may be slippery due to weather or spilled food/water.

*Blood or Body Fluids*                                                    Frequency:  O
    May encounter blood or body fluids as result of injuries to students or staff.

*Infectious Diseases*                                                     Frequency:  O
    May be exposed to infectious diseases from sick students or handling contaminated waste.

*Temperature Extremes/Weather Conditions*                                 Frequency:  F
    Exposure to temperature/weather extremes; works out of doors.

**R** = Rarely (0 – 10%); **O** = Occasionally (11 – 33%); **F** = Frequently (34 – 66%); **C** = Constantly (67 – 100%)

This classification job description for a **Campus Security Aide** is effective upon receipt. Personnel policies adopted by the Board of Education and deemed appropriate for the position shall be in effect. Salary amounts shall be set according to the adopted salary schedule. This job description may be revised at any time in response to district needs.

By my signature below, I affirm that: the duties and requirements listed on this job description have been explained to me; I have been able to ask questions to clarify matters I do not understand; and I understand and accept them.

_____          _____
Employee                                 Employer

George Archuleta                         5/22/14
Employee Printed Name                    Date

5·6·14
Date

Date of Implementation: June 2010; Revised March 2012; September 2013; March 2014

Campus Security Aide
Page 3 of 3

RRPS Defendants 000167