RRPS Defendants 000135



**RIO RANCHO PUBLIC SCHOOLS**   "Student Excellence"

500 Laser Road NE
Rio Rancho, New Mexico 87124

(505) 896-0667
Fax (505) 896-0662

OFFICE OF HUMAN RESOURCES
September 15, 2009

Mr. George Archuleta

Dear Mr. Archuleta:

Subject to the conditions set out below, and subject to sufficient appropriations and authorizations of funding, you are offered short-term employment with the Rio Rancho Public Schools for the 2009-2010 SY. Your employment will be effective September 1, 2009. Your salary will be determined by your preparation and experience as per the uniform salary schedule.

This letter, when signed by you, is binding, subject to the provisions outlined below. You must submit the following documents to the Human Resources Office for a contract to be effected:

**Required prior to approval of your first day of work:**
1. Proper Identification to Complete the I-9 Form for I.N.S. Regulations
2. Evidence of satisfactory completion of background check pursuant to Section 22-10-3.3 *(Fingerprinting costs are your responsibility.)*
3. Verification of proper New Mexico licensure, if applicable
4. Completion of required Safe Schools Online Training Courses

**Required no later than six weeks from signing The Notice and Acknowledgement of Contract Obligations:**
5. Verification(s) of Previous Employment
6. Official College Transcripts, if applicable

Please sign this letter at the bottom and return to this office. (A copy is also provided for your records.) **You MUST come by the office or call (896-0667) immediately for detailed information and necessary forms to complete the above licensure and fingerprinting requirements.** Please contact the Benefits Office (Ext.112) regarding insurance.

Welcome to our educational team! We look forward to working with you to provide quality education for the students of the Rio Rancho Public School District.

Respectfully,

*Susan Passell*

Susan Passell, Ed.D.
Executive Director, Human Resources

Reported to Board: September 14, 2009
SP/tk
Enclosure

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*I accept this offer of employment and understand my acceptance of this offer is contingent upon my meeting the pre-employment requirements as listed above. (Please sign and return within* **15 days** *from the date of this letter.)*

_George Archuleta_ _____   9-16-09
Signature                                                    Date

**EXHIBIT D**

An Equal Opportunity Employer

RRPS Defendants 000135