RRPS Defendants 000011



500 Laser Road NE
Rio Rancho, NM 87124
P. 505.896.0667
F. 505.896.0662

Mr. George Archuleta



OFFICE OF HUMAN RESOURCES
March 19, 2020

Dear Mr. Archuleta:

Please be advised that the Superintendent of Schools has accepted your resignation effective March 14, 2020. Rio Rancho Public Schools wishes to express sincere thanks for your service to the children of our community and wishes you success in any future personal and professional endeavors.

If this office can be of any assistance, please do not hesitate to contact me.

Sincerely,

*Michael Chavez*

Michael J. Chavez
Executive Director Human Resources

xc:   Personnel File

**EXHIBIT E**

IGNITING STUDENT POTENTIAL

RRPS Defendants 000011