RRPS Defendants 000319

# V. Sue Cleveland High School
# *Home of the STORM!*

## 2019-2020 Student Handbook



**V. Scott Affentranger**
**Principal**

4800 Cleveland Heights Road
Rio Rancho, New Mexico 87144
505.938.0300

https://cleveland.rrps.net

**EXHIBIT H**

RRPS Defendants 000319

regardless of specific class, will be assigned. Student promptness is a critical employability skill and therefore may be reflected in the student's grade. Habitual tardy offenders, 10 or more tardies, may result in referrals for additional administrative action. Please refer to discipline matrix for administrative action.

Administration reserves the right to instruct teachers to lock their classroom doors at the sound of the tardy bell. Students may be instructed to either report to their own assistant principal's office for a tardy pass, or they may be swept in the Tardy Control Center (TCC) for processing where consequences will be assigned as appropriate.

| Tardy (Tardies are accumulated over the course of the entire semester and not per individual class) | 1st - 4th offenses will result in classroom warnings & unexcused tardy in PowerSchool Attendance<br><br>* 5 tardies will result in 1 day of ASD | 10 tardies will result in 1 Day of ISS | Habitual Offender (15 or more) 2-3 days of ISS |
|---|---|---|---|

**Hall Passes**

Students may only receive permission to leave class from their assigned classroom teacher or a school administrator/counselor. An arrangement to leave class for any reason must take place prior to the student leaving. Teachers are not required to honor a request to leave after the fact and may write up such an action as ditching. All students out of class need to have a signed agenda pass or a pass from an administrator/counselor prior to leaving the classroom. Teachers are requested by administration to refrain from allowing students out of class on a pass for any reason during the first and last 10 minutes of every period.

**Code of Conduct and Student Consequences**

The following high school Code of Conduct (Discipline Matrix) has been adopted to protect and foster respect for the rights of CHS students and staff. Infractions of this Code of Conduct are grouped into three levels based on the severity of the infraction, and each violation of the code may have from one to three levels of consequences. These represent the **recommended guidelines** in the disposition of discipline situations at CHS. Therefore, depending on the circumstances of the behavior or education status of the student, responses may vary from situation to situation. If an incident is considered exceptionally flagrant, a higher consequence may be assigned. In some Level III infractions, a RRPD (Rio Rancho Police Department) referral may be warranted. In all cases, administrative discretion will be exercised. Interventions and/or counseling referrals may be applied to any level offense. The discipline for any infraction extends portal to portal. **IMPORTANT – Students are prohibited from being on the campus of any RRPS campus, attending sporting events, dances, etc. during an out-of-school suspension.**

For further clarification of the Rules of Conduct for the Rio Rancho Public Schools, please visit Board Policy #1008 on the RRPS web site at http://rrps-school-board.rrps.net

23

RRPS Defendants 000342

# Rio Rancho Public Schools
## Discipline Matrix for High Schools

The following high school code of conduct has been adopted to protect and foster respect for the rights of RRPS high school students and staff. Infractions of this Code of Conduct are grouped into three levels based on the severity of the infraction, and each violation of the code may have from one to three levels of consequences.

These represent the recommended guidelines in the disposition of discipline situations for the high school. Therefore, depending on the circumstances of the behavior or education status of the student, responses may vary from situation to situation.
**In all cases administrative discretion will be exercised.**

### Level I

| Behavior Level I | 1st Offense | 2nd Offense | 3rd Offense |
| --- | --- | --- | --- |
| Behavioral disruption (rudeness, acting disrespectfully, dishonesty, etc. on campus or school activity) | 1 day ASD and appropriate contract if necessary | 1 day ASD | 1 days ISS |
| Bus Disruptions | See Transportation Handbook | | |
| Dress Code Violation | Written warning on referral & parent contact<br><br>Options:<br>· Change into dress code compliant personal clothing<br>· Change into dress code compliant school-owned clothing<br>· Obtain parent permission to be sent home for change of clothing | 1 ASD for infractions 2-5 & parent contact<br><br>Options:<br>· Change into dress code compliant personal clothing<br>· Change into dress code compliant school-owned clothing<br>· Obtain parent permission to be sent home for change of clothing | 1 Day ISS & parent contact<br><br>Options:<br>· Change into dress code compliant personal clothing<br>· Change into dress code compliant school-owned clothing<br>· Obtain parent permission to be sent home for change of clothing |
| | · Excessive dress code violations could lead to habitually disruptive behavior and 10 Days OSS/Pending Hearing Sponsors/Athletic Coaches may require participants to adhere to a different or more stringent dress code. | | |
| Electronic Devices | Item confiscated and student may pick-up at the end of the day. Electronic Device Agreement (EDA) contract to be signed | Item confiscated and parent may pick-up in the office. EDA contract to be signed | Level II Inappropriate use or possession of technology |
| ID Badge Violation | 1st - 4th offenses, ASD (Student responsible for replacing ID if lost) | 5th & 6th offense, 1 day ISS & behavior contract | 7th offense, 1 day OSS |
| Public Display of Affection (PDA) | Written Warning on Referral | 1 day ASD | 1 day ISS |
| Tardy (Tardies are accumulated over the course of the entire semester and not per individual class) | 1st - 4th offenses will result in classroom warnings & unexcused tardy in PowerSchool Attendance<br><br>* 5 tardies will result in 1 day of ASD | 10 tardies will result in 1 Day of ISS | Habitual Offender (15 or more) 2-3 days of ISS |

NOTE: Any student caught in a tardy sweep is subject to consequences ranging from 1 day ASD to 1 day OSS dependent on individual circumstances unless student has legitimate pass from staff or administration.

### Level II - RRPD referral may be filed on all Level II infractions

| Behavior Level II | 1st Offense | 2nd Offense | 3rd Offense |
| --- | --- | --- | --- |
| Cheating or plagiarism | Parent contact by teacher 1 day ISS | Parent contact by teacher, 2 days ISS | Parent contact by teacher, 3 days ISS |
| Ditching- On Campus | 1 day ASD | 1 day ISS | 1-3 day ISS |
| Ditching – Off Campus | 1 day ISS | 2 days ISS | 3 days ISS |
| Truancy | 1 day ISS for truancies 1-3 | 2 days ISS for truancies 4-5 | 2 days ISS for each truancy, parent meeting for signing of attendance contract |
| Failure to comply with disciplinary consequences | 1 day ISS- 1 day OSS | 2 days OSS | 5 days OSS |
| Gambling | 1 day ISS | 2 days OSS | 3 days OSS |
| Hostile or Aggressive Behavior or Rough Housing (use of profanity) | 1 day ISS | 2 days OSS | 5 days OSS |
| Inappropriate use of a motor vehicle at school or at a school-sponsored event | Loss of parking privileges for 10 school days, vehicle may be booted and a fine assessed | Loss of parking privileges for the remainder of the school year, vehicle will be booted and a fine assessed | |

22

RRPS Defendants 000342

| Behavior | 1st Offense | 2nd Offense | 3rd Offense |
|---|---|---|---|
| Inappropriate possession or use of technology–unauthorized access to District software, telephones, accounts/files, unauthorized access or use of video or audio recording via electronic device, posting of inappropriate material on web sites, including video or audio recording of activities violating school policy, such as fights, bullying, hazing, or other misconduct without their knowledge or consent and using social media to do so. | 1-3 day OSS and restitution if applicable | 3-5 days OSS, loss of Internet privileges for remainder of the school year, and restitution if applicable | 7 days OSS and parent contact by Administration |
| Misuse of or falsifying any official document or communication (including but not limited to: pass, ID, progress report, call to excuse absence, parent signature, etc.) | 1 day ASD | 1 day ISS | 2 days OSS |
| Possession of inappropriate materials (including laser pens, pornography, etc.) | 1 day ASD and items confiscated | 1 day ISS | 2 days OSS |
| ==Possession/use of tobacco (including e-cigarettes), rolling papers or incendiary devices at school or school sponsored event (all tobacco products and all e-cigarettes will be confiscated and disposed of)== | ==1 days OSS== | ==3 days OSS== | ==5 days OSS== |

## Level III - RRPD referral may be filed on all Level III infractions

| Behavior Level III | 1st Offense | 2nd Offense | 3rd Offense |
|---|---|---|---|
| Insubordination, Defiance of authority, or disrespect to school authorities | 3 days OSS | 5 days OSS | 10 days OSS pending hearing |
| Arson | 10 days OSS pending hearing | | |
| Assault or Battery with extremely serious injuries | 10 days OSS pending hearing | | |
| Assault or Battery (physical) of a staff member (including threats) | 10 days OSS pending hearing | | |
| Assault (verbal/written) of a staff member (including profanity, intimidation, written/electronic means) | 5 days OSS | 10 days OSS pending hearing | |
| Assault or Battery (physical) of a student or students by one or more students | 5 days OSS | 10 days OSS pending hearing | |
| Assault (verbal) of a student (including intimidating or threatening remarks via written or electronic means) | 3 days OSS | 5 day OSS | 10 days OSS pending hearing |
| Bomb Threats/Explosives Threats/School Threats/ False Alarms (including electronic and social media) | 10 days OSS pending hearing | | |
| Bullying or Harassment (Physical, racial, verbal, disability, electronic, intimidation toward another student - bullying) | 3 days OSS | 5 days OSS | 10 days OSS pending hearing |
| Disrupting a school activity (field trip, PAC event, game, etc.) | 1 day OSS, removal from event, and suspension from like events for the remainder of the term | 5 days OSS | 10 days OSS pending hearing |
| Fighting (including instigating, pushing, physical contact) | 3-5 days OSS, fight contract | 10 days OSS pending hearing, RRPD referral | |
| Gang Related Activity** | 5 days OSS | 10 days OSS pending hearing | |
| Habitually Disruptive | 10 days OSS pending hearing | | |
| Inappropriate use of Site technology – (using non-academic sites, using bandwidth, tampering, damage to computers or network) | 5 days OSS, loss of Internet privileges for the remainder of the year, suspension contract, counseling, restitution | 10 days OSS pending hearing | |
| Interfering and obstructing a school official which leads to severe disruption | 5-10 days OSS, possible hearing | | |

23

RRPS Defendants 000344

| | | | |
|---|---|---|---|
| of the educational environment (refusal to reveal one's identity, insubordination, defying school officials lawful directives, obstructing of an investigation, severe school disruption) | | | |
| Making a false 911 call | 5-10 days OSS, possible hearing | | |
| Personal substance abuse (solicitation, possession, consumption, or being under the influence of alcohol, drugs, look-a-likes, or other controlled substances including OTC, prescription, and synthetic drugs or paraphernalia) | 5 days OSS and referral to AES program for remainder of suspension<br>* Removal of student from extra-curricular activities/organizations for remainder of school year, as per rules of each particular organization such as Associated Students, etc.<br>*Forfeiture of privileges to attend future dances, sporting events, etc. for remainder of current school year. | 7 days OSS and referral to AES program for remainder of suspension | 10 days OSS and pending hearing |
| Selling and/or distributing alcohol, drugs, look-a-likes, or other controlled substances including OTC, prescription, and synthetic drugs | 10 days OSS pending hearing | | |
| Sexual Harassment | 5 days OSS | 10 days OSS pending hearing | |
| Sexual Misconduct | 3 days OSS, counseling, behavior contract | 5 days OSS, counseling, suspension contract | 10 days OSS pending hearing |
| Indecent Behavior | 5 days OSS | 10 days OSS pending hearing | |
| Theft/Extortion/Counterfeiting | 3 days OSS and restitution | 10 days OSS pending hearing, restitution | |
| Using incendiary devices | 5 days OSS and restitution | 10 days OSS pending hearing, restitution | |
| Vandalism (involved in altering, defacing or destroying school or private property | 1-5 days OSS, and restitution, suspension contract | 10 days OSS pending hearing, restitution | |
| Violating a behavior contract/conflict resolution agreement | 3 days OSS | 5 days OSS | 10 days OSS pending hearing |
| Possession of Weapons | 5-10 days OSS pending hearing, suspension contract, counseling | | |

\*\* This includes any clothing, items in personal possession (backpacks, etc.), activity, language, gestures, or combination thereof, which is known by any law enforcement agency, gang task force unit, or RRPS staff to be affiliated with any gang including, but not limited to, gang-related writing/drawings/graffiti in possession of the student. For safety and security reasons, this policy applies to all affiliated and non-affiliated gang members.

### School Wear Policy– SBP #1016

Students are expected to be neat, clean, and appropriately dressed for learning while on campus or on school sponsored field trips. Interpretation of the following dress code is subject to administrative discretion.

In the interest of encouraging positive school spirit, a disciplined and focused educational environment, and promoting student safety, Rio Rancho Public Schools establishes the following Dress Code and Standard of Decency governing student dress at school and while participating in school-sponsored activities. Administrators shall have the discretion to determine the appropriateness of attire and grooming, and may make special exceptions for students in certain grades/subjects, such as vocational courses, physical education, and for medical necessities. Enforcement of this policy shall be in accordance with District disciplinary procedures for students. Enforcement of this policy shall not infringe on any individual's religious beliefs or protected free speech.

### Dress Code and Standard of Decency

Students are expected to demonstrate personal grooming standards of cleanliness and to wear appropriate clothing while on campus, on field trips, and during off campus events at which students represent Rio Rancho Schools for athletics or activities. Any personal grooming or clothing that

RRPS Defendants 000344