```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW MEXICO


  ANGELA SALAZAR o/b/o J.M.,
  a minor child,

                 Plaintiff,

  v.                                Case No.
                                    1:21-CV-00751-KK-JHR
  RIO RANCHO PUBLIC SCHOOLS
  BOARD OF EDUCATION, GEORGE
  ARCHULETA in his individual
  capacity, and JOHN DOE #1
  in his individual capacity,

                 Defendants.
  _____/


       ZOOM DEPOSITION OF JOSEPH MARTINEZ SALAZAR


                 Friday, July 29, 2022


                Albuquerque, New Mexico


       PURSUANT TO THE NEW MEXICO RULES OF CIVIL
  PROCEDURE, this deposition was:

  TAKEN BY:     JERRY A. WALZ, ESQ.
                ATTORNEY FOR THE DEFENDANTS

  REPORTED BY:  TERI WARD, RPR, CCR #549
                PAUL BACA COURT REPORTERS
                500 4th Street, Suite 105
                Albuquerque, New Mexico 87102
```

# EXHIBIT K

### Page 6

1  Ms. Cordova to see if she was prepared to go forward
2  with her deposition, given the representations from
3  Mr. Mondragon, so as to not tie up the time of
4  attorneys and Elsie Cordova if she was unable to go
5  forward.
6         Mr. Bullion appropriately and promptly
7  informed counsel that Ms. Cordova was not able, for
8  reasons stated, to go forward with her deposition,
9  and therefore, we're reserving her deposition and
10 all issues associated with her deposition at a later
11 time.
12        I think I've captured what our agreement
13 was as to Ms. Cordova. Am I correct in that regard?
14 If we could go around the horn, please.
15 Mr. Quinones, is that what your understanding was?
16        MR. QUINONES: Yes, that's my
17 understanding, Counsel.
18        MR. WALZ: Mr. Bullion?
19        MR. BULLION: Yes, Mr. Walz. That was a
20 accurate recitation of the events yesterday, and I
21 agree.
22        MR. WALZ: Thank you so much.
23        Okay. Madam Court Reporter, now we're
24 ready to formally start the deposition here.
25        JOSEPH MARTINEZ SALAZAR,

### Page 7

1  having been called as a witness and having been
2  first duly sworn, was examined and testified as
3  follows:
4         MR. WALZ: Okay. And are we recording
5  this video-wise, too?
6         THE COURT REPORTER: It wasn't -- just
7  as a back-up, if that makes sense.
8         MR. WALZ: Yes, it does, but we would
9  ask that you record it as a back-up, put the video
10 on. Okay?
11        THE COURT REPORTER: Okay.
12        MR. WALZ: Because Mr. Baca in the past
13 has accommodated counsel by giving us the video as
14 well.
15        THE COURT REPORTER: Okay.
16        MR. WALZ: All righty. Thank you.
17                EXAMINATION
18 BY MR. WALZ:
19     Q.    All right. So let me have you state
20 your name, Joseph. Would you give us your full
21 legal name and your date of birth.
22     A.    Joseph Michael Salazar. My date of
23 birth is April 2nd of 2004.
24     Q.    So are you 18 now?
25     A.    I am.

### Page 8

1      Q.    Okay. I would like you to know who
2  everybody is, obviously. I know you know who
3  Mr. Bullion is, but I'm going to ask counsel to
4  state for the record their appearances.
5         I'm Jerry Walz. I represent the Rio
6  Rancho Public Schools and Board of Education in this
7  lawsuit.
8         MR. QUINONES: Carlos Quinones. I
9  represent Defendant George Archuleta.
10        MR. BULLION: And this is Todd Bullion
11 representing the plaintiff.
12        MR. WALZ: Okay. Thank you, Counsel.
13 BY MR. WALZ:
14     Q.    Let me ask you this, Mr. Salazar, what
15 did you do to prepare, if anything, for your
16 deposition today?
17     A.    What would I call it? The forms?
18     Q.    And let me just ask you real quick.
19 You're looking at somebody. If it's Mr. Bullion,
20 that's fine, but is there anybody else in the room
21 with you?
22        MR. BULLION: Joseph's mother, Angela,
23 is in the room. Per our agreement, she's sitting in
24 on the deposition today.
25        MR. WALZ: And that's fine. I have no

### Page 9

1  problem with that.
2  BY MR. WALZ:
3      Q.    So let me define this a little bit more
4  for you, if I could, please. This is your
5  deposition, your testimony. What you discuss with
6  Mr. Bullion is covered by attorney-client privilege.
7  If you talked to him before, I don't want to know
8  and please don't tell me what you've spoken to him
9  about.
10        Regarding conversations with your
11 mother, she's also listed as a witness, and I'm
12 going to have to ask you questions about various
13 interactions with your mother -- I'm giving you a
14 little blueprint here that might be helpful --
15 interactions that you had with Daniel Mondragon,
16 maybe his father, Mark Mondragon, maybe interactions
17 that you had with Laius Martinez and others that
18 have been either identified through deposition
19 testimony or listed as witnesses.
20        Do you understand that?
21     A.    I do.
22     Q.    All right. And you're doing a great job
23 so far and let's keep it up where you let me finish
24 my question and I'll quit talking, let you talk, and
25 then after you're done talking, then I might

**Page 94**

1  Q. Okay. So let's -- we'll break these
2  down one at a time. Mr. Baca, you never made a
3  complaint about, right?
4  A. No.
5  Q. So then you said you went to the main
6  principal. Was that Mr. Affentranger?
7  A. Yes.
8  Q. What did you exactly tell him about any
9  inappropriate touching or conduct by Mr. Archuleta?
10 A. I believe it was -- it was after the
11 second incident I had went into his office
12 specifically to talk to him about the situation, and
13 I was -- as I was telling him the details, he was --
14 he was acting as if he had something better to do or
15 you know what I mean, this wasn't a situation that
16 he had to deal with. He kind of just, I mean, like
17 whatever, like shrugged if off like do you need
18 anything else kind of.
19 Q. Okay. Now -- and I appreciate you
20 describing how you believe Mr. Affentranger was
21 responding, but did you ever tell him specifically
22 that George Archuleta, in your opinion, touched you
23 in a sexually inappropriate manner?
24 A. Yes.
25 Q. What did you say exactly?

**Page 95**

1  A. I had -- I had expressed to him that in
2  the last time that I had been searched, I believe
3  that there was -- there was some really weird and
4  off-putting things that had went on between, you
5  know, the search and after, so I had told him that
6  -- I had told him essentially what happened in that
7  room, and he kind of just, you know, was like
8  whatever.
9  Q. What did you tell him, though? You said
10 you essentially told him. What did you tell him?
11 A. Yes, I told him that when I was pulled
12 into the security room for searching, that I believe
13 there was something that went on that is with --
14 outside the guidelines of how a security guard is
15 supposed to perform a search, I guess you could say.
16     And I had expressed to him that when I
17 was getting patted down on my legs for,
18 quote/unquote, contraband that George was -- he was
19 getting -- he was getting really high on the thigh
20 area. And as I'm facing the wall, because I've been
21 through this so many times, I'm just -- you know,
22 I'm kind of like get it over with already.
23     As I'm facing the wall, I'm kind of
24 like, -- almost like when I heard that sound, I'm
25 kind of in shock, and then my brain registered that

**Page 96**

1  my -- my left -- my left testicle had been touched,
2  and I told Mr. Affentranger how I felt about it, and
3  he didn't care. He kind of told me that
4  essentially, he doesn't have to deal with it. He
5  has, you know, bigger stuff to deal with.
6  Q. How long did this conversation take
7  place?
8  A. Maybe ten minutes max.
9  Q. Were there any other individuals there?
10 A. No.
11 Q. Okay. Well, we're going to come back to
12 that. Was there any other administrator that you
13 went in to speak with where you complained of
14 Mr. Archuleta's conduct?
15 A. No.
16 Q. Do you know more or less the date when
17 you met with Mr. Affentranger?
18 A. I do not recall.
19 Q. Do you know what year you were in high
20 school when this conversation you had or claim you
21 had with Mr. Affentranger?
22 A. I believe I was in my sophomore year.
23 Q. And Mr. Quinones is going to ask you I'm
24 sure specific of the search, I'm just trying to get
25 kind of an overview of the situation. All right.

**Page 97**

1      So let's go back in time and then we're
2  going to come back up in time again. We're talking
3  about middle school, and what got us on this topic,
4  I asked you if you had any complaints about any
5  searches or seizures that occurred at mid school,
6  that would be Mountain View.
7  A. Yes.
8  Q. And I have not heard you say that you
9  had any complaints from -- from middle school; is
10 that right?
11 A. That's correct.
12 Q. Okay. Okay. After you graduate from
13 mid school, did you work the summer between mid
14 school and high school?
15 A. No.
16 Q. What did you do that summer?
17 A. I couldn't tell you. It's been so many
18 years.
19 Q. Well, what year did you start high
20 school?
21 A. I believe it was 2018 or '19.
22 Q. Okay. And so here we're still in 2022,
23 but you can't recall what you did between the --
24 during the summer between mid school and high
25 school?

```
 1  other aides was -- I believe one of their name was
 2  Scott, and the other I don't recall his name.
 3      Q.   You said that they would mediate at the
 4  main office.  What do you mean by that?  Mediate
 5  with who?
 6      A.   I guess you could say the principal or
 7  whoever I was talking to.
 8      Q.   Well, that went into my other kind of
 9  question, does this involve disciplinary issues as
10  well, this program?
11      A.   Yes.
12      Q.   Okay.  Did your mother know that you
13  were a part of that program?
14      A.   Yes.
15      Q.   Okay.  So I heard you say that one guy
16  was the head coach.  The head coach of what?  What
17  sport?
18      A.   Of Storm.
19      Q.   Oh, okay.  You're not talking like a
20  sports coach, right?
21      A.   He was both.  He was the head coach of
22  the Storm program, and he -- he also coached some
23  other things throughout the school.
24      Q.   And do you know his name?
25      A.   Off the top of my head right now, no.
                                             Page 122
```

```
 1      Q.   So just being clear, I asked you for the
 2  names of any of the aides.  You said you had about
 3  maybe five of them during the year; is that right?
 4      A.   Yes.  There was around five of them.
 5  Three male and two female.
 6      Q.   And I've asked you for names, and
 7  actually names you've not been able to give me any;
 8  is that right?
 9      A.   Yes.
10      Q.   Is there a reason that you cannot recall
11  these people that -- that were with you as aides at
12  school?
13      A.   I mean, it's been a very long time.  I
14  don't -- I don't see why anyone would particularly
15  try to remember something of that nature.
16      Q.   Well, wasn't this just in 2019?
17      A.   Whatever year I got put into Storm.
18      Q.   Okay.  So as we're here today, you can't
19  remember any of the names?
20      A.   No.
21      Q.   All right.  And how many times do you
22  think you were -- if you can project and remember
23  the best you can, how many times do you think that
24  you were either -- you were written up for any type
25  of disciplinary offense during your sophomore year?
                                             Page 123
```

```
 1      A.   It was relatively --
 2      Q.   I'm sorry?
 3      A.   It was relatively every time they tried
 4  to search me, which was every day.  So I would
 5  assume over 40 or 50 or something like that.
 6      Q.   How many times were you actually
 7  searched, to the best of your recollection, your
 8  sophomore year?
 9      A.   More than 50 times, for sure.
10      Q.   And where did these searches take place?
11      A.   Mainly in the office or the security
12  office, but sometimes it would vary.
13      Q.   Can you give me the name of one witness
14  that you have that can verify or validate your claim
15  that you were searched more than 50 times your
16  sophomore year?
17      A.   I think -- I think Daniel would -- would
18  I guess you could say be a person that could give a
19  number or something like that or I don't necessarily
20  think Laius, but maybe Daniel.
21      Q.   Okay.  Now, was Daniel present whenever
22  these searches occurred?
23      A.   Once in a while, but --
24      Q.   Okay.  If possible -- and you know
25  Daniel has a lawsuit, too, the three of you, right?
                                             Page 124
```

```
 1      A.   Yes.
 2      Q.   You're the only three that have any
 3  lawsuit where there's a claim of improper search and
 4  seizure.
 5           Do you understand that?
 6           MR. BULLION:  Form.
 7           THE WITNESS:  Yes.
 8  BY MR. WALZ:
 9      Q.   Right?  And you understand that all
10  three of you were friends during high school?
11           MR. BULLION:  Form.
12           THE WITNESS:  I understand that.
13  BY MR. WALZ:
14      Q.   Okay.  I'm looking for maybe some
15  independent witness that doesn't -- or it can be a
16  friend, but do you have like -- I think I asked you
17  this in your interrogatories, too, by the way.  I
18  don't think you named anybody that can say, look, I
19  was in this class with Joseph and I witnessed 10
20  times -- I'm just using that number, okay -- 10
21  times I witnessed him being searched in the hallway
22  or do you have anybody like that that you can
23  identify?
24           MR. BULLION:  Form.
25           THE WITNESS:  The only person that I
                                             Page 125
```

```
 1  could think of is the head coach, and now that I'm
 2  thinking about it, I recall his -- we would call him
 3  Mr. Young or something like that.
 4  BY MR. WALZ:
 5     Q.    Okay.
 6     A.    Coach Young.
 7     Q.    And how many times do you think he was
 8  present when you were searched?
 9     A.    Maybe ten, if that.
10     Q.    Okay.  And we'll try to locate him.  Do
11  you know if he's still with the school district?
12     A.    I'm not sure.
13     Q.    Okay.  And other than him, Daniel
14  actually was never present with you when you were
15  searched ever, was he?
16     A.    No.
17     Q.    Okay.  If Daniel has a number or some
18  information that's because that would have been
19  information you would have told him, right?
20     A.    No.
21         MR. BULLION:  Form.
22  BY MR. WALZ:
23     Q.    What do you mean no?  How would Daniel
24  know --
25     A.    It's something he would have gained from
```
Page 126

```
 1  himself.  We had talked about us being searched and
 2  --
 3     Q.    Okay.
 4     A.    -- you know, it was a normal thing.  It
 5  was quite weird, honestly.
 6     Q.    Okay.  Did you report these searches
 7  some 40 to 50 searches during your sophomore year to
 8  your mother?
 9     A.    Yes.
10     Q.    Now, when you told her about these
11  searches, we talked about this before, the only
12  search or searches that you claimed were
13  inappropriate touching was with George Archuleta,
14  right?
15     A.    Correct.
16     Q.    And how many times did that occur?  Was
17  it like -- well, I don't want to put words in your
18  mouth.  How many times do you think Mr. Archuleta
19  touched you in an inappropriate manner during a
20  search?
21     A.    I'd say about twice.
22     Q.    Okay.  Two times?
23     A.    Correct.
24     Q.    Okay.  That's it?
25     A.    Correct.
```
Page 127

```
 1     Q.    And when this happened, was there any
 2  witness present at the time?
 3     A.    No.
 4     Q.    So it's just your word that you claimed
 5  that you were searched twice inappropriately by
 6  George Archuleta?
 7         MR. BULLION:  Form.
 8         THE WITNESS:  Correct.
 9  BY MR. WALZ:
10     Q.    And did both those searches occur in
11  your sophomore year?
12     A.    Yes.
13     Q.    Nothing happened your junior year?
14     A.    Not that I can recall.
15     Q.    Or senior year?
16     A.    Not that I can recall.
17     Q.    Now, was one of the disciplinary
18  infractions, Joseph, your sophomore year, we talked
19  a little bit about it before was for the body
20  punching that you and Daniel were engaged in?
21     A.    Yes.
22     Q.    I'm looking at a report or statement
23  assigned 2/21/19.  So that's February 21, 2019.  And
24  I'll read it to you verbatim.  It's very short by
25  Daniel Mondragon.
```
Page 128

```
 1         Voluntary statement:  Me and Joe were
 2  just throwing hands in the bathroom and both of us
 3  hit each other in the face.
 4         Do you think that that's a correct
 5  statement?
 6     A.    I'd say that's yes, somewhat accurate.
 7     Q.    I'm sorry?
 8     A.    I'd say that is somewhat accurate.
 9     Q.    Well, tell me what part you'd like to
10  add to or delete.
11     A.    Two people getting hit in the face.  I
12  don't -- I don't believe that was part of what
13  happened.
14     Q.    Did you hit Daniel in the face?
15     A.    Yes.
16     Q.    Okay.  And did he hit you in the face?
17     A.    No.
18     Q.    He never hit you in the face?
19     A.    I don't -- I don't believe so.  I'm not
20  positive.
21     Q.    Okay.  Well, tell us how that whole
22  thing got started and what happened, then.
23     A.    Essentially, it was another regular day,
24  and we get off the bus, and we see one of our
25  friends who we start walking in the hallway, and I
```
Page 129

33 (Pages 126 - 129)

```
 1  well.
 2     Q.    Other than the incidents that we've
 3  discussed your sophomore year, is there anything
 4  else that -- or is there anything else that sticks
 5  out in your mind regarding any disciplinary issues
 6  that you believe that were important to you that you
 7  remember that you can convey to us today?
 8     A.    Just the second incident in the office.
 9     Q.    That's with Mr. Archuleta?
10     A.    Yes, correct.
11     Q.    Okay.  And again, I'll defer to
12  Mr. Quinones on this, but just did both of your --
13  of the searches of Mr. Archuleta performed on that
14  you alleged were inappropriate because he touched
15  you in a sexual manner, did those occur in your
16  sophomore year?
17     A.    Correct.
18     Q.    Okay.  So nothing freshman, nothing
19  after sophomore, just those two incidents that we're
20  complaining about sophomore year?
21     A.    That's correct.
22     Q.    Okay.  Great.  Just trying to narrow it
23  down.  Was it towards the beginning of the year,
24  middle year, end of year, or were the -- incident
25  one and incident two spread out?
                                                Page 150
```

```
 1     A.    I believe that it was at the end of the
 2  year, towards the end of the year.
 3     Q.    Had you learned Mr. Archuleta's name
 4  prior to these searches that you claim are -- were
 5  inappropriate?
 6     A.    Yes.  Everyone knew him as George.
 7     Q.    I'm not there obviously, but was he a
 8  friendly guy?  Did he talk to a lot of the students?
 9  Did they just not like him?  Was he mean to people?
10  Can you kind of tell us from your perspective how he
11  was viewed?
12     A.    I wouldn't -- I wouldn't say that he
13  would be mean or anything, but people -- the people
14  that I know that say they've had interactions with
15  him say it's just kind of off-putting.  He acts a
16  little bit weird.
17     Q.    Okay.  By a little bit weird, can you
18  describe that?
19     A.    From my experience, just little stuff
20  that he does, like he'll be in the hallway, like
21  there's a few times that me and Daniel were in the
22  hallway, and he'll be like he was talking to Daniel
23  and he said something mijito and like it was just --
24  it was pretty off-putting because he's not anybody
25  of family -- family relations or blood ties or
                                                Page 151
```

```
 1  anything like that, so I thought that was
 2  off-putting for sure.
 3     Q.    Okay.  You speak Spanish or no?
 4     A.    No.
 5     Q.    Do you know sometimes when people use
 6  the word mijito and terms of that, that it's some
 7  type of acknowledgment of actually being closeness
 8  or friends?
 9     A.    I know what it means.
10     Q.    Okay.  So why is that so off-putting?
11     A.    Because I know for a fact he's not
12  somebody of Daniel's family line, so I thought that
13  that was awkward.  I've seen, you know, Daniel's
14  uncles and stuff talk to him like that, but never
15  anybody else that wasn't related.
16     Q.    And how would Daniel respond to that?
17     A.    In my -- the way I viewed it, he was I
18  guess you could say really awkward, like really
19  weirded out.
20     Q.    Did Daniel respond in English or Spanish
21  or not at all?
22     A.    I don't think he responded.
23     Q.    About how many times did you hear
24  Mr. Archuleta say to Daniel "mijito"?
25     A.    Every once in a while.  It was maybe
                                                Page 152
```

```
 1  like three, four times.
 2     Q.    Were there other security personnel
 3  present when Mr. Archuleta said mijito to Daniel?
 4     A.    No.
 5     Q.    Now, at V. Sue Cleveland there's
 6  thousands of students; is that a fair statement?
 7     A.    Correct.
 8     Q.    When -- would there be occasion where it
 9  would just be yourself, Daniel and Mr. Archuleta
10  without all these other students present where he
11  would tell Daniel mijito?
12     A.    I mean, everybody's around but it's very
13  loud, especially in the hallways when everybody's
14  walking, and you can't -- you can barely hear
15  anything.  It was -- I was barely able to hear him
16  talking to Daniel.
17     Q.    Did you ever hear Mr. Archuleta look at
18  any other students, okay, and use the words mijito?
19     A.    I don't believe I did.
20     Q.    About how old, to your best estimate,
21  was Mr. Archuleta your sophomore year when he used
22  the term mijito with Daniel?
23     A.    My best guess would be 40s or 50s, maybe
24  older.
25     Q.    Did he act weird in any other manner, in
                                                Page 153
```

1  your opinion?
2  A.  Yeah, definitely.
3  Q.  Can you explain that?
4  A.  Like sometimes I'd be in the hallway and
5  he'll be like -- you know what I mean, I'd just be
6  walking to class or something, and he'll be like you
7  got anything on you or I'm going to search you later
8  or like, you know what I mean, just trying to make
9  me lash out or just antagonize me, something like
10 that.
11 Q.  Did -- and what was your response?
12 A.  Honestly, most of the time I'd just
13 ignore him.
14 Q.  Just wouldn't even answer, right?  Just
15 keep moving?
16 A.  Right.  I figured that's what he wants
17 me to do.  He's looking for a reason to get me in
18 trouble.
19 Q.  Aside from Daniel, who's also a
20 plaintiff in these cases, is there any independent
21 witness who you can identify for us today who saw
22 George Archuleta antagonize you as you've just
23 described?
24      MR. BULLION:  Form.
25 BY MR. WALZ:

Page 154

1  Q.  Do you understand my question?
2  A.  Yes, I do.
3  Q.  What's your answer?
4  A.  If -- if there was anybody, I would
5  assume it would be Daniel or Laius that would have
6  seen it.
7  Q.  Okay.  All right.  So now let's focus --
8  and again I'll let Mr. Quinones do this line of
9  questioning.  I'm just trying to get an overview.
10 On the two incidents that you state that he touched
11 you in a sexually inappropriate manner, what
12 activity occurred that led you to be encountered by
13 Mr. Archuleta?
14 A.  I believe both of the times I was
15 actually brought out of class for incidents, and
16 that's why I was down there.
17 Q.  Excuse me.  Thinking back now, can you
18 tell me what those incidents were or is it just
19 something you don't remember?
20 A.  I can't recall.
21 Q.  Okay.  Do you remember was it the same
22 teacher whose classroom you were taken from?
23 A.  I believe it was different classes.
24 Q.  Okay.  Now, we're only talking about the
25 two incidents for the inappropriate conduct.  Okay?

Page 155

1  A.  Correct.
2  Q.  Okay.  All right.  And so tell us to the
3  best of your recollection what exactly occurred
4  between you and Mr. Archuleta on these two
5  incidents.  Go with the first incident obviously
6  first and then the second one.  So go ahead, please.
7  A.  On the first incident it's -- it's
8  essentially like every other time I'm getting
9  searched, I'm sitting at this little kind of bench
10 area in front of the nurse's office in front of the
11 footage area, and that -- both of those incidents
12 were very off-putting because usually most of those
13 doors are open, like the nurse's door is usually
14 wide open and she's taking care of people, and just
15 like the footage room, that's usually wide open with
16 the guards watching the footage, and
17 Mr. Affentranger's door is open sometimes.
18      And all those doors were closed, and it
19 was just me in the hallway, and George grabbed my
20 backpack from where I was sitting from the side, and
21 he proceeded to unzip it and turn my backpack upside
22 down and just pretty much started shaking everything
23 out.  And I have some heavy stuff in my backpack,
24 you know, so everything was hitting the desk pretty
25 hard.

Page 156

1       And then he said, you know, come here
2  for your search or whatever, and I stepped into like
3  the door frame of where the security room is in the
4  hallway.  So I stepped into the door frame, and he
5  proceeded to tell me to take off my shoes and take
6  out my insole and check in my socks, and he told me
7  to get my waistband and flip it inside out so if
8  there was anything in there, it would fall.
9       And then he told me to turnaround, and
10 then he put his hands in my pockets to see if there
11 was anything there.  I guess, he felt a bulge or
12 something.  He asked me if I had shorts underneath,
13 and if I did, if I could take those off, and I had
14 addressed him.  I had told him that even if I had
15 shorts under, I don't feel comfortable with doing
16 that, and from that point he kind of got mad and he
17 continued to search me.
18      He starts doing the kind of I guess you
19 could say cop search, the pat down your legs all the
20 way up and down.  He's checking in my cuffs in my
21 socks to see if there's anything in there.  And as
22 I'm facing the wall, he's checking my left cuff on
23 my left leg, and he's going up patting my leg, and
24 he's getting really high in my thigh at this point.
25      And, you know, this is -- this happens a

Page 157

```
 1  lot.  So at this point I'm kind like, you know what
 2  I mean, let's get this over with, can you just check
 3  whatever I have and give me my stuff and I can go
 4  back to class.  And so he's getting really high on
 5  my thigh on the left side and kind of -- I'm kind of
 6  shook.  I just -- I feel something -- something
 7  touch me on my left -- my left testicle, and --
 8      Q.   Okay.  Go ahead.
 9      A.   I back into the hallway, and I believe I
10  said something to, and he -- he kind of stood there
11  frozen just kind of like -- like nothing had
12  happened, like he didn't do something, you know what
13  I mean?
14      Q.   Yeah.  Okay.  And then what?
15      A.   I believe after that, I got sent to the
16  principal's office and I got my referral, and I was
17  sent back to class.
18      Q.   Okay.  So let's talk about when this
19  touching occurred that you just described.  You
20  indicated that he was doing a cop like pat down at
21  that point --
22      A.   Yes.
23      Q.   -- going up your left leg.  He looked in
24  your left cuff, and then were you -- did you have
25  your hands spread out to the side, over your head?
                                               Page 158
```

```
 1  Where were your hands and arms at that point?
 2      A.   Straight down to my sides.
 3      Q.   Okay.  So it wasn't like an airport
 4  search where you have to put your arms, you know,
 5  parallel and spread them and all that, right?
 6      A.   Yeah.  My arms were to my sides, but
 7  when he was bending down to look in my sock cuff, I
 8  lifted my left arm so it wouldn't touch, you know
 9  what I mean, him or anything.  And other than that,
10  my arms were straight.
11      Q.   Was he standing in front of you?
12      A.   Yes, he was in front of me.
13      Q.   Okay.  So was he bending over then when
14  he was patting down your left leg working his way
15  up?
16      A.   I'm not sure if he was bending over at
17  that point.  But when he was checking my left sock
18  cuff, he was.
19      Q.   Okay.  So he's working your -- his way
20  up your leg.  You know, you say you've been through
21  that before.  You just wanted him to finish and kind
22  of get out of there, right?
23      A.   Exactly.
24      Q.   And then -- and I might be paraphrasing,
25  but I'll give you a chance to clarify.  Okay?  Then
                                               Page 159
```

```
 1  you feel something on your left testicle?
 2      A.   Yes, correct.
 3      Q.   Is that right?  Is that over the pants
 4  or did he have your -- his hand in your pocket?
 5      A.   This is over -- I guess you could say
 6  this is over my joggers, the pants I was wearing.
 7      Q.   Okay.  Is that the name of the pants,
 8  joggers?
 9      A.   Yes.
10      Q.   Okay.  And so you did not -- and I gotta
11  be a little graphic here.  You did not feel anything
12  regarding any touch on your penis or your right
13  testicle?
14      A.   No.
15      Q.   Just left testicle?
16      A.   Correct.
17      Q.   And how long was that touch on the left
18  testicle?
19      A.   I really couldn't gauge exactly how long
20  it was, but I -- I kind of froze for a second, and I
21  would assume during that time it would have been a
22  few seconds.
23      Q.   Whenever the -- the search continued in
24  progress, did he return his hand back towards your
25  area of your crotch or groin?
                                               Page 160
```

```
 1      A.   No.  After that he -- I guess you could
 2  say after that he was trying to be as professional
 3  as possible.
 4      Q.   Okay.  Could you explain that a little
 5  bit, please?
 6      A.   Before -- before the touching --
 7      Q.   Right.
 8      A.   -- he was -- I guess you could say he
 9  was a little sloppy with it.  Like I said, he -- you
10  know what I mean, I had a lot of heavy stuff in my
11  bag and he's just standing over here shaking my
12  stuff out all on the desk.
13      Q.   Okay.
14      A.   I mean, after it happened, he was kind
15  of trying to be I guess you could say more formal
16  and like trying to do things better after, and it
17  didn't make sense to me.  Like, that's -- at the end
18  of the day, it don't make it all right.
19      Q.   Did -- have you ever been searched at an
20  airport?
21      A.   No.
22      Q.   Okay.  You ever seen anybody patted down
23  at an airport?
24      A.   No.
25      Q.   You ever been searched or patted down by
                                               Page 161
```

```
 1  a police officer?
 2  A.   No.
 3  Q.   Have you ever watched any newscast or
 4  videos where there's actual footage of somebody
 5  being patted down during a search?
 6  A.   Yes, I think so on TV or something.
 7  Q.   Okay.  So other than what you may have
 8  seen on TV prior to this incident you've just
 9  described, did you have any real life experiences of
10  being stopped or patted down by law enforcement?
11  A.   No, definitely not.
12  Q.   Or at an airport even?
13  A.   No.
14  Q.   Okay.  Now, you said he acted or tried
15  to act very, you know, I think you said professional
16  or very professional after that happened.  So he --
17  he did not call you anything like mijito or anything
18  like that at that time, did he?
19  A.   No.  He didn't -- he didn't verbally
20  express anything.
21  Q.   Did he ever call you mijito at any time?
22  A.   Me, personally?
23  Q.   Yes.
24  A.   I don't think so.
25  Q.   Did -- did you report incident number
```
Page 162

```
 1  one that you just described to your mother?
 2  A.   I believe -- I believe after the second
 3  incident, I had -- I had mentioned something.
 4  Q.   And I'll give you a chance to talk about
 5  the second incident in just a minute, but I'm trying
 6  to -- for the record, after the first incident that
 7  you just described, did you tell your mother
 8  anything at that time about that incident?
 9  A.   I'm not quite positive if I did or if I
10  mentioned everything after the second.
11  Q.   Okay.  All right.  And so you described
12  -- was the touch a light touch?  Did it hurt you?
13  Did it require medical treatment?
14  A.   It didn't -- it didn't hurt.  It didn't
15  hurt or anything.  It's just, I don't know, it's
16  hard to describe.  It was very uncomfortable.  It's
17  like -- it's like I don't think anybody would want
18  to be touched there without consent or anything like
19  that, so it was very foreign, very awkward, I guess
20  you could say.
21  Q.   Okay.  And I understand -- I understand
22  what you said, but I want to also know if it caused
23  you any physical discomfort at that time?
24  A.   I'm sure this is a mental thing, but at
25  the time I guess you could say that I -- I felt
```
Page 163

```
 1  disgusting.  I felt -- even though like personally I
 2  had not done anything, but I felt as if something
 3  was wrong.  I felt -- you know what I mean, I felt
 4  dirty.
 5  Q.   Did you ever play athletics in school?
 6  A.   No.
 7  Q.   So you've never been in the, quote,
 8  boy's locker room after practice where everybody's
 9  showering and this and that and --
10  A.   I had PE, but never for a sport or
11  anything.
12  Q.   Okay.  All right.  So how long -- time
13  expired before the second incident?
14  A.   It had to have been a few weeks or
15  something like that, a month.
16  Q.   So what were the facts and circumstances
17  that occurred that had Mr. Archuleta encounter you
18  again?
19  A.   I'm not sure what the reasons were, but
20  I remember being in class and security coming in to
21  get me, and I was asking for what reason, and they
22  pretty much told me that they couldn't tell me, that
23  I had to wait to see what was going on until I spoke
24  to the principal.
25  Q.   Okay.  Oh, I forgot to ask you one thing
```
Page 164

```
 1  about that first incident.  You said the nurse's
 2  office door was closed.  But where the search that
 3  happened, wasn't that in a public hallway at school?
 4  A.   The search wasn't in the hallway, but
 5  yeah, I guess you could say it's a public hallway,
 6  but there are two access keys that you have to have
 7  to get in either door.
 8  Q.   Okay.  Were people coming and going in
 9  that area during this time?
10  A.   That's one thing I also got really
11  uncomfortable with.  I was sitting there, and
12  there's usually -- there's usually the campus cops
13  or the nurse or, you know what I mean, assistants
14  from the main office coming in and out getting
15  paperwork and stuff, printing.  And that -- those
16  two times, all those doors were closed and no one --
17  it was kind of like there was no one there besides
18  us.
19  Q.   And how long did that search take?
20  A.   I'd say max like 15 minutes.
21  Q.   Do you think it was that long?  That's
22  quite a while.
23  A.   I mean, when he did the whole, you know,
24  shake the stuff out of my bag, he kind of examined
25  everything and he was really trying to look in every
```
Page 165

```
 1  pocket and every little like crevice of my backpack
 2  to see if I had any contraband or anything.
 3     Q.   And nothing was found was it?
 4     A.   No.
 5     Q.   Okay.  So now, let's go then to the
 6  second search.  Where location-wise at school did
 7  that take place?
 8     A.   This was also in the security office
 9  next to the nurse's and the footage room.
10     Q.   Were the doors open at the nurse's
11  office the second time?
12     A.   No.  Also closed.
13     Q.   Was it the same time of day as the first
14  search?
15     A.   I don't think it was.  I remember the
16  first search was more earlier in the day, and I
17  remember they -- I got my referral, and they kind of
18  just sent me back to class.  And I remember I had a
19  good amount of periods after that.  This time it was
20  more towards the end of the day.
21     Q.   So tell me about what happened or tell
22  us about what happened in the second search.
23     A.   Yes.  Very similar to incident one.  I
24  was in class doing normal stuff, my work or whatever
25  assignment we were doing.  Security had appeared and
                                              Page 166
```

```
 1  really good, and he would tell me come here, and
 2  then we would start the search, but this time he
 3  told me to flip my waistband.
 4       He looked in my socks, and then he told
 5  me to face the other direction when he was doing the
 6  same type of kind of, I guess to say cop pat down of
 7  your legs.  And so I was now facing the hallway
 8  towards those same waiting chairs like towards the
 9  nurse's office, you could say.  And he's doing the
10  same, you know, leg to leg pat down, and then out of
11  nowhere, I was grabbed between -- between my legs.
12  But this time it wasn't -- it wasn't just -- it
13  wasn't just my left testicle.  He essentially tried
14  to grab everything.
15     Q.   Was he standing behind you or was he in
16  front of you again?
17     A.   He's in front of me.  I'm sorry, that's
18  first scenario.  Second scenario, he's behind me.
19     Q.   Okay.  Okay.  And were there other
20  security personnel there?
21     A.   They were there, but like I said, they
22  were in the footage room and that door had to be
23  closed at that time.
24     Q.   Okay.  So when he grabbed you, as you
25  described, did you say anything?  Did you tell him
                                              Page 168
```

```
 1  they wanted me to go with them, so, of course, I
 2  did.  I'm not trying to make a scene in class or
 3  anything.
 4       So I went down with them.  Again, I'm
 5  trying to ask them what's happening.  They
 6  essentially tell me again that I have to wait to
 7  talk to the principal to see what's happening.  And
 8  I was like, fine, whatever.  We get down there, and
 9  the security guards that I believe there was --
10  there was a bunch of security guards that time, and
11  all the other ones, they kind of went in the footage
12  room and then after that, they closed the door.
13       I don't know what happened to the campus
14  cops.  They probably went back to the little room
15  they have or whatever, but after that, I was -- I
16  was sitting in those little chairs again in the
17  waiting room in front of the nurse's office, and it
18  was that same eery feeling to where no one's walking
19  by like usual or the footage room door isn't open
20  like usual or the nurse's door.
21       And then I was -- you know, I got -- he
22  grabbed my backpack again and he did the same
23  routine of I guess you could say dumping all my
24  stuff out of my backpack, checking all of my
25  backpack pockets and, you know, corners, crevices
                                              Page 167
```

```
 1  to stop?  Did you -- what did you do?
 2     A.   I stepped into the hallway in front of
 3  me and I turned around, you know what I mean, and
 4  I'm pretty sure I addressed him again, and he had a
 5  really weird look on his face.  It kind of just
 6  like, it gave me the weirdest feeling.  It was just
 7  kind of like I guess you could say a smirk, if you
 8  will.
 9       He was just standing there again as if
10  nothing had happened, and it was just crazy to me
11  that I guess you could say something happens like
12  that and you're just unphased with emotion.
13     Q.   Well, let me ask you this, do you
14  think -- based on your knowledge of human
15  interactions for yourself, do you think that
16  Mr. Archuleta was trying to approach you somehow in
17  a sexually inappropriate manner?
18     A.   That -- it's definitely the vibe I got,
19  but I wouldn't like to think of it like that, but
20  it's definitely the vibe I got.
21     Q.   Did you get that vibe the first time,
22  too?
23     A.   Yes.
24     Q.   Well, how did you view Mr. Archuleta?
25  Did you -- I'm not in your shoes.  Did you see him
                                              Page 169
```

```
 1  my entire friend group.  Everyone that I associate
 2  myself with is for a reason, so I'd say -- I'd say
 3  there's a few people.
 4     Q.    Well, I don't know who they are.  I
 5  mean, are they some of the people we mentioned
 6  earlier like Gabriel Garcia Marcus and Andres
 7  Valencia?  Are those some of your closer friends now
 8  still?
 9     A.    Yes.
10     Q.    How frequently do you keep in touch with
11  them?
12     A.    About once a week.
13     Q.    In person or video or how do you -- how
14  does this contact occur?
15     A.    Over the phone or in person.
16     Q.    Do you ever go out to eat dinner with
17  them or lunch, that type of thing?
18     A.    Yeah, once in a while.
19     Q.    Do you still ever go to Cottonwood Mall
20  with your friends?
21     A.    It's been a real long time, but I guess
22  you could say that's something we still do.
23     Q.    Have you ever been stopped by security
24  at Cottonwood Mall?
25     A.    No.
                                              Page 178
```

```
 1     Q.    Have you ever been arrested for any
 2  crime?
 3     A.    No.
 4     Q.    Do you have any type of juvenile record
 5  at all?
 6     A.    No.
 7     Q.    When is your next appointment with
 8  Dr. Penland?
 9     A.    I would have to check again.
10     Q.    You just can't tell me off the top of
11  your head or give me even a projected date?
12     A.    No.
13     Q.    All right.  Well, you know, I -- like I
14  said, I take a break every hour.  It's been more
15  than an hour.  I'm just about done.  I might be
16  finished with my questioning.
17           MR. WALZ:  What I'd like to do with
18  everybody's permission, when we come back at 2:30, I
19  probably won't have any additional questions, and
20  I'll pass the witness to Mr. Quinones, and then your
21  attorney can ask questions if he wants to at an
22  appropriate time, too.
23           But that's just for everybody's timing
24  so we know where we're at.  I'm either close to done
25  or done.  So come back at 2:30.  Is that okay with
                                              Page 179
```

```
 1  everybody?  Carlos?
 2           MR. QUINONES:  Yes.
 3           MR. WALZ:  Todd?
 4           MR. BULLION:  Sounds good.
 5           MR. WALZ:  Madam Court Reporter?
 6           THE COURT REPORTER:  Yes, sounds good.
 7  Thank you.
 8           MR. WALZ:  We'll be back at 2:30.
 9           THE COURT REPORTER:  Okay.
10           (At this time, a recess was
11           taken.)
12           MR. WALZ:  I don't have any other
13  questions of you.  After Mr. Quinones or Mr. Bullion
14  or -- finish with you, I might, might not --
15  probably not because they usually cover everything
16  or it's already been covered.  If I don't get to
17  talk to you again, I do want to thank you for your
18  cooperation.
19           Sometimes this can be a little bit tense
20  at times.  Sometime it's kind of even fun, so it's
21  hard to say what your experience is, but I do
22  appreciate you trying to answer the questions to the
23  best of your ability, so thank you.
24           So at this time, I'd pass the witness.
25                     EXAMINATION
                                              Page 180
```

```
 1  BY MR. QUINONES:
 2     Q.    Joseph, my name is Carlos Quinones.  I'm
 3  the attorney representing George Archuleta in this
 4  lawsuit.  And is it okay if I call you Joseph?
 5     A.    That's fine.
 6     Q.    All right.  And I have some things I
 7  wanted to clarify from your earlier testimony.  So
 8  as I understand it, after -- at least by the --
 9  after the second incident with Mr. Archuleta where
10  you allege he touched you inappropriately, you told
11  your mom you had been searched more than 50 times?
12     A.    Correct.
13     Q.    And this 50 times, was it all by
14  Mr. Archuleta or other guards or a combination of
15  guards?
16     A.    This was a combination of guards.
17     Q.    And as far as all these searches you
18  told your mother about, again, your testimony is
19  there were only two times when Mr. Archuleta touched
20  you inappropriately?
21     A.    Correct.
22     Q.    Okay.  That first one, I was a little
23  confused and maybe you can help me, but the first
24  incident when Mr. Archuleta touched you
25  inappropriately, where he searched you, was it in a
                                              Page 181
```

```
 1   A.   I guess contact the school or something.
 2   Q.   And to your knowledge, did Mark
 3  Mondragon ever call the school about these events?
 4   A.   I'm not sure.
 5   Q.   And then number 5 you mentioned you
 6  spoke with Laius Martinez about inappropriate
 7  touching by George Archuleta.
 8   A.   Exactly.
 9   Q.   To your knowledge, did your mom, Ms.
10  Salazar, ever report Mr. Archuleta's inappropriate
11  conduct to any school administration officials?
12   A.   Not that of any knowledge that I have.
13   Q.   And to your knowledge, Joseph, has your
14  mom ever contacted law enforcement, the police, to
15  report Mr. Archuleta?
16   A.   Not to my knowledge.
17   Q.   And you're 18 years old now, right?
18   A.   Correct.
19   Q.   Have you ever reported Mr. Archuleta's
20  misconduct to any law enforcement?
21   A.   No.
22   Q.   And why not?
23   A.   I guess you could say I was -- I was
24  kind of afraid that it was going to be the same
25  situation when I mentioned something to
                                          Page 214
```

```
 1  Affentranger.
 2   Q.   And at Cleveland High School I know it's
 3  a pretty large school, is there like a resource
 4  officer present at the school that's a member of a
 5  law enforcement agency?
 6   A.   Yes, correct.
 7   Q.   Do they have just one or two there
 8  normally?
 9   A.   I believe there's always two.
10   Q.   Did you ever report Mr. Archuleta's
11  inappropriate contact to any of those school
12  resource officers?
13   A.   No.
14   Q.   And why not?
15   A.   The same thing with the other situation
16  with Affentranger, just fear of the same thing
17  happening, I guess you could say.
18   Q.   You thought you wouldn't be listened to?
19   A.   Essentially, yeah.
20   Q.   All right.  Let's go to -- and do you
21  know any of those school resource officers during
22  your sophomore year?  Do you recall any of them by
23  name?
24   A.   I do not.
25   Q.   All right.  Let's go to interrogatory
                                          Page 215
```

```
 1  number 11 of Exhibit 1.  And I'll read it out loud
 2  because it's kind of short.  Please identify all
 3  third-party fact witnesses that had personal
 4  observations and/or knowledge of the allegations in
 5  the plaintiff's complaint that the plaintiff may or
 6  will call at trial.  Describe the nature of their
 7  proposed testimony and include contact information
 8  for each witness.
 9        Answer, and again there's some
10  objections that not all witnesses had been
11  identified, but you mentioned Laius and Daniel.
12        But as I take your testimony, as far as
13  the two occasions when Mr. Archuleta touched you
14  inappropriately, to your knowledge only you and
15  Mr. Archuleta were present, right?
16   A.   Correct.
17   Q.   And to your knowledge, did anyone else,
18  any third person witness Mr. Archuleta searching you
19  inappropriately?
20   A.   I believe not.
21   Q.   And so for those two incidences it's
22  basically your word against Mr. Archuleta's word?
23   A.   Correct.
24   Q.   All right.  You don't have any other
25  evidence of him touching you inappropriately, your
                                          Page 216
```

```
 1  testimony?
 2   A.   Yes, I do not.
 3   Q.   All right.  You don't have any
 4  documents, photos, pictures, anything like that that
 5  would support your contention that he touched you
 6  inappropriately?
 7   A.   No.
 8   Q.   Okay.  Let me scroll down here to 19.
 9  All right.  I don't know if you want to read it or I
10  can just cut to the chase.  Do you want to read it?
11  Yeah, let me know when you're ready.
12   A.   All right.
13   Q.   You all set?
14   A.   Yes.
15   Q.   Okay.  And, again, here you were asked
16  basically who saw George do these things.  And you
17  answered:  George touching -- Joe does not believe
18  any other person observed the inappropriate touch.
19        And that's what you just told me, right?
20   A.   Correct.
21   Q.   And then regarding John Doe #1, you
22  mentioned Daniel Mondragon was present, right?
23   A.   Correct.
24   Q.   And when you were urinating on that
25  occasion, it was -- I know some men's restrooms
                                          Page 217
```