# EXHIBIT M



**V. Sue Cleveland High School**

4800 Laban Road NE
Rio Rancho, NM 87144
http://cleveland.rrps.net

Phone: (505) 938-0300
Fax:   (505) 338-3474

**V. Scott Affentranger**
*Principal*

**Vicky McCarty** – *Social Studies*
*Vice-Principal*

**Rudy Galindo** - *Electives/Fine Arts*
*Class of 2019 Assistant Principal*

**Rebecca Bruere** - *Science*
*Class of 2020 Assistant Principal*

**Shawn Havill** - *Mathematics*
*Class of 2021 Assistant Principal*

**Millan Baca** - *English*
*Class of 2022 Assistant Principal*

**Instructional Leaders**

Issac Bergener
*Science*

Matt George
*Social Studies*

Cari Davis
*English*

Shawnee Legere
*Mathematics*

## STUDENT & PARENT CONTRACTUAL AGREEMENT
### FOR RETURNING TO CLEVELAND HIGH SCHOOL
### AFTER SUSPENSION

Date: **2/21/19**

**Student: Daniel Mondragon**   ID: 300017827   Classification: 9th

*In the matter of the return of Daniel Mondragon to the Rio Rancho Public Schools (hereby known as "Student")...*

*Student suspended from 2/21/19 to 2/25/19 for violation of the RRPS Code of Conduct: fighting.*

Pursuant to the requirements for enrolling in and attending Cleveland High School, the student and parents understand and agree to the following directives and stipulations for the above student's return to the Rio Rancho Public School System (Cleveland High School) on 2/26/19...

- Student must agree to be immediately & fully compliant with the requests of <u>any</u> CHS/RRPS administrator, teacher, security personnel, or staff member while on campus of Cleveland High School or at any school related activity.

- Student must agree not to partake in the use of violence, gang activity, and/or illegal drugs or alcohol on school campus or from <u>portal-to-portal</u>.

- Student may not have any unexcused absences or tardies. Any absences due to illness/family emergency, etc., <u>must</u> be phoned in to the CHS attendance office at 938-0300 within 24 hours of the absence. All tardies must be excused by school personnel.

- Student agrees to abide by all Cleveland High School Student Agenda Policies.

<u>This contract will remain in effect from the date of signing until May 23, 2019.</u> Student and parents should note that failure to abide by the above stipulations and directives will result in the immediate issuance of consequences as per the Cleveland High School student agenda. Chronic violations and/or a single egregious violation may result in a ten day out-of-school suspension with a recommendation for long-term suspension or expulsion from Cleveland High School.

*The following signatures attest to the commitment by each signatory that the terms of the above contract will be followed and that the consequences stipulated are understood.*

_[signed]_ _____   2/28/19
Daniel Mondragon, Student        Date

*No Show* _____      *No Show*
Joesph Mondragon or Elsie Cordova, Parent/s    Date

_[signed]_ _____      2/28/19
Millan Baca, CHS Administrator        Date

_[signed]_ _____      _____
Ashley Aragon, Counselor        Date

_[signed]_ _____      _____
Carol Martinez, Witness        Date

**IMPORTANT:** Parents/Students MUST make note of the fact that a violation of ANY contract may result in Out-of-School Suspension of 3 – 10 days pursuant to the 2017-2018 CHS Student Handbook.