RRPS Defendants D.M. 002412



## (sec-0001a) Safety & Security Incident Report

| | |
|---|---|
| Reference # | 10727256 |
| Status | Completed |
| Submitter's Email | george.archuleta@rrps.net |
| Submitted by | George Archuleta |
| Don's Submissions | Donald Mangin |
| Report Date | 03-05-2020 |
| Has law enforcement been notified? | No |
| Incident Date | 03-04-2020 |
| Time of Incident | 1:45 pm |
| School/Facility | CHS |
| Is this at an elementary? | No |
| Location | bus |
| Floor | 1st |
| Incident Type | • Prohibited Substances<br>• Other<br>• Disposable Nicotine Puff Bar |
| Was student searched? | Yes |
| Search Details | • Person<br>• Backpack |
| Prohibited Substances Details | • Other<br>• Disposable Nicotine Puff Bar |
| How many persons are involved? | 1 |
| 1. Name (Last, First, Middle) | Mondragon, Daniel J. |
| 1. Type | Suspect |
| 1. Age | 16 |
| 1. Gender | Male |
| 1. Race | White |

RRPS Defendants D.M. 002412

EXHIBIT N

RRPS Defendants D.M. 002413

| | |
|---|---|
| 1. Ethnicity | Hispanic |
| 1. Home Address (Street, City, Zip) | ▓▓▓▓▓▓▓▓▓▓ |
| 1. Grade (if applicable) | 10 |
| 1. Phone Add (C) for Cell, (H) for Home | ▓▓▓▓▓ |
| 1. Education Status | General Education |
| 1. Height (ex. 5'10") | 5'8 |
| 1. weight (ex. 120lb) | 135 |
| 1. Hair Color | Black |
| 1. Eye Color | Brown |
| Narrative of the Incident (be specific) | On Wednesday March 4, 2020 at approximately 1:45 pm I was at the bus lot monitoring the student's as the buses arrived to pick them up. I observed a large crowd of student's behind a bus, as I approached them I heard a female student asking a male student what he had in his hand, the male student looked at me and placed the object in his pocket.<br><br>I asked the male student who identified himself as Daniel Mondragon (10th Grade) to walk with me to the sidewalk, as we were walking I asked him what he placed in his front pocket he said a box, I asked if I could see it, he pulled it out of his pocket it was a flavored disposable nicotine Puff Bar. I wrote down his information and advised him to report to Millan Baca (10th Grade) Assistant Principal in the morning. I kept the disposable Puff Bar.<br><br>Millan Baca met with Daniel on Thursday morning in his office, Mr. Baca asked me to search Daniel and his back pack, I did not find any contraband on Daniel or his back pack. Mr. Baca gave Daniel a One (1) Day Out Of School Suspension an he also called his parents and informed them of the situation. I disposed the Puff Bar.<br>End of statement. |

RRPS Defendants D.M. 002413

RRPS Defendants D.M. 002414

| | |
|---|---|
| **Describe the property that was stolen, damaged, possessed, etc...** | None |
| **Decision.** | Approved |