RRPS Defendants D.M. 002427

## (sec-0001a) Safety & Security Incident Report

| | |
|---|---|
| Reference # | 10401214 |
| Status | Completed |
| Submitter's Email | george.archuleta@rrps.net |
| Submitted by | George.Archuleta |
| Don's Submissions | Donald Mangin |
| Report Date | 10-04-2019 |
| Has law enforcement been notified? | No |
| Incident Date | 10-04-2019 |
| Time of Incident | 10:23 am |
| School/Facility | CHS |
| Is this at an elementary? | No |
| Location | front office |
| Floor | 1st |
| Incident Type | • Other<br>• Electronic Cigarette |
| Was student searched? | Yes |
| Search Details | • Person<br>• Backpack |
| How many persons are involved? | 1 |
| 1. Name (Last, First, Middle) | Salazar, Joseph     M. |
| 1. Type | Suspect |
| 1. Age | 15 |
| 1. Gender | Male |
| 1. Race | White |
| 1. Ethnicity | Hispanic |



# EXHIBIT Q

RRPS Defendants D.M. 002427

RRPS Defendants D.M. 002428

| | |
|---|---|
| 1. Home Address (Street, City, Zip) | ▮▮▮ |
| 1. Grade (if applicable) | 10 |
| 1. Phone Add (C) for Cell, (H) for Home | ▮▮▮ |
| 1. Education Status | Special Education |
| 1. Height (ex. 5'10") | 5'10 |
| 1. weight (ex. 120lb) | 230 |
| 1. Hair Color | Brown |
| 1. Eye Color | Brown |
| Narrative of the Incident (be specific) | On Friday October 4, 2019 at approximately 10:23 am Security Manager asked Security Officer Todd Mock and I to pick up student Joseph Salazar (10th Grade) from classroom (3102) and escort him to the Principal's Office. Upon arriving to the Principals Office, Principal Scott Affentranger interviewed Joseph about the incident he was involved in yesterday.<br><br>Joseph and his group (gang) of friends were supposed to fight another kid which security intervened before it happened. Security reviewed camera footage and observed Joseph grouped up with several of his buddies. After Mr. Affentranger completed the interview with Joseph Assistant Principal Millan Baca asked me to search Joseph and and his backpack, I found a Electronic Cigarette in his backpack along with a bottle of E-Cig juice. Security Officer Todd Mock tested it for (THC) and it was negative. It was determined Joseph would receive a Six (6) Day Out Of School Suspension.  Five (5) days for obstructing a investigation and One (1) Day for the Electronic Cigarette.<br>End of statement. |
| Describe the property that was stolen, damaged, possessed, etc... | None |
| Decision. | Approved |

RRPS Defendants D.M. 002428