IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON, o.b.o. D.M.,**
**a minor child,**

    **Plaintiffs,**

vs.                                       **Case No. 1:21-cv-00427 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULEETA, in his individual and official capacity,**

    **Defendants.**

**and**

**SARAH MONTOYA, o.b.o L.M.,**
**a minor child,**

    **Plaintiffs,**

vs.                                         **Case No. 1:21-cv-00648 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULEETA, in his individual capacity,**

    **Defendants.**

**and**

**ANGELA SALAZAR, o.b.o J.M.,**
**a minor child,**

    **Plaintiffs,**

vs.                                         **Case No. 1:21-cv-00751 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, and**
**GEORGE ARCHULEETA, in his individual capacity, and**
**JOHN DOE # 1, in his individual capacity,**

    **Defendants.**

**DEFENDANT GEORGE ARCHULETA'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING DETERMINATION ON DEFENDANT ARCHULETA'S MOTION FOR SUMMARY JUDGMENT ON BASIS OF QUALIFIED IMMUNITY ON COUNT I**

COME NOW Defendant George Archuleta (hereinafter "Defendant Archuleta"), by and through counsel, Quiñones Law Firm LLC (Carlos M. Quiñones, Esq.), and hereby files this Unopposed Motion to Stay Discovery Pending a Determination on Defendant Archuleta's Motion for Summary Judgment on the Basis of Qualified Immunity on Count I, filed September 11, 2023 (Doc. # 66). Counsel for Plaintiffs was contacted regarding this Motion and Plaintiffs do not oppose it. In support of this Unopposed Motion to Stay Discovery, Defendant Archuleta states as follows:

1. Defendant Archuleta filed his Motion for Summary Judgment on the Basis of Qualified Immunity on Count I on September 11, 2023. (Doc. # 66).

2. Qualified immunity is "an entitlement not to stand trial or face the other burdens of litigation" if the complained of behavior did not violate clearly established law. *Harlow v. Fitzgerald,* 457 U.S. 800, 818 (1982).

3. Qualified immunity not only protects a defendant from liability, but also from the burdens of trial, including discovery. *Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985).

4. Therefore, once a qualified immunity defense is raised, a defendant is entitled to a stay of discovery. *Ashcroft v. Iqbal,* 556 U.S. 662, 129 S.Ct. 1937, 1946 (2009); *Mitchell,* 472 U.S. at 526; *Jiron v. City of Lakewood,* 392 F.3d 410, 414 (10th Cir. 2004); *Workman v. Jordan*, 958 F.2d 332, 335-336 (10th Cir. 1992).

5.	Accordingly, Defendant Archuleta respectfully requests the Court stay discovery until there is a determination with regard to Defendant Archuleta's qualified immunity defense.

6.	Plaintiffs' counsel was contacted regarding this Motion to Stay Discovery and Plaintiffs do not oppose the relief requested herein.

## CONCLUSION

WHEREFORE, Defendant Archuleta respectfully moves this Court for entry of an Order staying discovery pending a determination on Defendant Archuleta's Motion for Summary Judgment on the Basis of Qualified Immunity on Count I (Doc. 66), and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

**QUIÑONES LAW FIRM LLC**

By: Electronic Signature */s/ Carlos M. Quiñones*
CARLOS M. QUIÑONES, ESQ.
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM  87505
(505) 992-1515   (505) 992-1714 (fax)
*Attorney for Defendant George Archuleta*

It is hereby certified that undersigned counsel filed the foregoing electronically
through the CM/ECF system on September 15, 2023, which caused
the following counsel to be served by electronic means:

Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Dr. NE, Ste. D-5
Albuquerque, NM 87109
(505) 217-2680

and

Robert Gorrence, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102

(505) 244-0214

and

Todd J. Bullion, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 452-7674
*Attorneys for Plaintiffs*

Jerry A. Walz, Esq.
Walz & Associates
133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
(505) 275-1800
*Attorneys for Defendant Rio Rancho Public Schools Board Education*

 Electronic Signature */s/ Carlos M. Quiñones*
CARLOS M. QUIÑONES