# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON, o.b.o. D.M.,**
**a minor child,**

      **Plaintiffs,**

**vs.**                                  **Case No. 1:21-cv-00427 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULEETA, in his individual and official capacity,**

      **Defendants.**

**and**

**SARAH MONTOYA, o.b.o L.M.,**
**a minor child,**

      **Plaintiffs,**

**vs.**                                  **Case No. 1:21-cv-00648 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULEETA, in his individual capacity,**

      **Defendants.**

**and**

**ANGELA SALAZAR, o.b.o J.M.,**
**a minor child,**

      **Plaintiffs,**

**vs.**                                  **Case No. 1:21-cv-00751 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, and**
**GEORGE ARCHULEETA, in his individual capacity, and**
**JOHN DOE # 1, in his individual capacity,**

      **Defendants.**

**NOTICE OF WITHDRAWAL OF**
**DEFENDANT GEORGE ARCHULETA'S UNOPPOSED MOTION TO STAY**
**DISCOVERY PENDING DETERMINATION ON DEFENDANT ARCHULETA'S**
**MOTION FOR SUMMARY JUDGMENT ON BASIS OF**
**QUALIFIED IMMUNITY ON COUNT I (DOC. 69) FILED SEPTEMBER 15, 2023**

COMES NOW Defendant George Archuleta (hereinafter "Defendant Archuleta"), by and through counsel, Quiñones Law Firm LLC (Carlos M. Quiñones, Esq.), and pursuant to D.N.M. LR-Civ. 7.7, hereby provides Notice of Withdrawal of Defendant Archuleta's Unopposed Motion to Stay Discovery Pending Determination on Defendant Archuleta's Motion for Summary Judgment on the Basis of Qualified Immunity on Count I filed September 15, 2023 (Doc. 69). Counsel for all other parties were notified and all parties consent to this Withdrawal pursuant to D.N.M. 7.7. The basis for the withdrawal is based upon the previous closing of discovery in this matter.

WHEREFORE, pursuant to D.N.M. 7.7, Defendant George Archuleta respectfully files this Notice of Withdrawal of Defendant Archuleta's Unopposed Motion to Stay Discovery Pending Determination on Motion for Summary Judgment on the Basis of Qualified Immunity on Count I (Doc. 69) filed September 15, 2023.

Respectfully submitted,

**QUIÑONES LAW FIRM LLC**

By: Electronically Filed /s/ Carlos M. Quiñones
CARLOS M. QUIÑONES, ESQ.
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM  87505
(505) 992-1515   (505) 992-1714 (fax)
*Attorney for Defendant George Archuleta*

2

3

It is hereby certified that undersigned counsel filed the foregoing electronically through the CM/ECF system on September 18, 2023, which caused all counsel to be served by electronic means:


  Electronically Filed /s/ Carlos M. Quiñones
CARLOS M. QUIÑONES