# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON,

    Plaintiff,

vs.                                              Case No. 1:21-cv-00427 KK/JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

*and*

SARAH MONTOYA,

    Plaintiff,

vs.                                              Case No. 1:21-cv-00648 KK/JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

*and*

ANGELA SALAZAR,

    Plaintiff,

vs.                                              Case No. 1:21-cv-00751 KK/JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE TRIAL DATE

THIS MATTER having come before the Court on the parties' Joint Motion to Vacate Trial Date [Doc. 71], the Court, having reviewed the motion, finds good cause to vacate the trial date set for February 26, 2024.

THEREFORE, IT IS ORDERED that the trial date of February 26, 2024, is hereby vacated, and the Court will reset the trial date as necessary after deciding Defendants' dispositive motions.

_____
HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

Approved:

**WALZ AND ASSOCIATES, P.C.**

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
ALISHA L. WALZ, ESQ.
*Attorneys for RRPS Defendants*
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: (505) 275-1800
jerryawalz@walzandassociates.com

**QUIÑONES LAW FIRM LLC**

*/s/ Carlos M. Quiñones*
CARLOS M. QUIÑONES, ESQ.
Attorney for Defendant Archuleta
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, Bldg. D, Suite 5
Albuquerque, NM 87109
(505) 217-2680
bowles@bowles-lawfirm.com

---and---

Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
todd@bullionlaw.com
*Attorneys for Plaintiffs*