# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARK MONDRAGON, o.b.o. D.M.,**
**a minor child,**

    Plaintiffs,

vs.                                                                                         **Case No. 1:21-cv-00427 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULETA, in his individual and official capacity,**

    Defendants.

and

**SARAH MONTOYA, o.b.o L.M.,**
**a minor child,**

    Plaintiffs,

vs.                                                                                         **Case No. 1:21-cv-00648 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and**
**GEORGE ARCHULETA, in his individual capacity,**

    Defendants.

and

**ANGELA SALAZAR, o.b.o J.M.,**
**a minor child,**

    Plaintiffs,

vs.                                                                                         **Case No. 1:21-cv-00751 KK/JMR**

**RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, and**
**GEORGE ARCHULETA, in his individual capacity, and**
**JOHN DOE # 1, in his individual capacity,**

**Defendants.**

**NOTICE OF EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS ARCHULETA'S AND RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION'S JOINT MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON THE BASIS OF GOVERNMENTAL IMMUNITY [DOC. 67] AND NOTICE OF EXTENSION FOR DEFENDANTS TO FILE REPLIES TO ALL OF PLAINTIFFS' RESPONSE BRIEFS**

COMES NOW Defendants, Rio Rancho Public Schools Board of Education and George Archuleta, by and through their undersigned counsel, and hereby provides notice that the parties have agreed to extend the due date until April 5, 2024, for Plaintiffs' Response Defendants Archuleta's and Rio Rancho Public Schools Board of Education's Joint Motion and Memorandum for Summary Judgement on the Basis of Governmental Immunity [Doc. 67]. As required by D.N.M. LR-Civ. 7.1(a), Defendants' counsel conferred in good faith with Plaintiffs' counsel, and the parties agreed to this extension to April 5, 2024.

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendants' replies in support of Defendants' Motions and Defendants' Undisputed Material Facts, Docs. 65, 66, and 67, will be filed on or before April 26, 2024.

Plaintiffs' counsel does not oppose the filing of this notice.

Respectfully Submitted,

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
*Attorneys for RRPS Defendants*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

~and~

QUIÑONES LAW FIRM LLC

*/s/ Carlos M. Quiñones, Esq.*
CARLOS M. QUIÑONES, ESQ.
*Attorney for Defendant Archuleta*
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
quinoneslaw@cybermesa.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 21st day of March, 2024, I filed the foregoing electronically through the CM/ECF system which caused all parties of record to be served by electronic mail, as more fully reflected in the Notice of Electronic Filing.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.