```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW MEXICO


  ANGELA SALAZAR o/b/o J.M.,
  a minor child,

                    Plaintiff,

  v.                                Case No.
                                    1:21-CV-00751-KK-JHR
  RIO RANCHO PUBLIC SCHOOLS
  BOARD OF EDUCATION, GEORGE
  ARCHULETA in his individual
  capacity, and JOHN DOE #1
  in his individual capacity,

                    Defendants.
  _____/


       ZOOM DEPOSITION OF JOSEPH MARTINEZ SALAZAR


              Friday, July 29, 2022


              Albuquerque, New Mexico


       PURSUANT TO THE NEW MEXICO RULES OF CIVIL
  PROCEDURE, this deposition was:

  TAKEN BY:      JERRY A. WALZ, ESQ.
                 ATTORNEY FOR THE DEFENDANTS

  REPORTED BY:   TERI WARD, RPR, CCR #549
                 PAUL BACA COURT REPORTERS
                 500 4th Street, Suite 105
                 Albuquerque, New Mexico 87102
```

# EXHIBIT R

Page 1

```
 1  following up with a question, but it's important we
 2  don't talk over each other.
 3         Do you understand that?
 4  A.     I do.
 5  Q.     Okay.  And you also understand that you
 6  took an oath that this is the same as if there's a
 7  jury sitting there in the audience or a judge, and
 8  your testimony is to be given to the best of your
 9  ability and knowledge and under oath.
10         Do you understand that?
11  A.     I do.
12  Q.     All right.  Well, let me start out right
13  off the bat and ask you a question.  Did you witness
14  a shooting that occurred at school when you were 15
15  years of age?
16  A.     Yes, I did.
17  Q.     Okay.  Can you amplify or tell me about
18  that?
19  A.     I couldn't -- I couldn't recall what
20  grade I was in, but I remember it was Valentine's
21  Day, and me and my friend Daniel were on the bus,
22  and we were just doing our normal routine, you know
23  what I mean?  We get to school, we were going to the
24  bathroom, wash our face or whatever.
25         And we saw one of our other friends
                                               Page 10
```

```
 1  there so we started walking down the hall together,
 2  and we were getting towards I guess you could say
 3  the cafeteria area and the other restroom area, and
 4  we were talking, and I remember I was just stunned
 5  for a second.  I remember hearing was that a
 6  firecracker?
 7         And it clicked in my head that it was a
 8  gunshot that just went off, and I looked to my
 9  right, and Daniel was, the only way I could describe
10  it, is frozen, and I kind of yanked him by his
11  collar and he shook out of it, and I was like let's
12  go, and we started running.
13         And as I soon as I got outside, I got on
14  the phone with my mom and I'm like mom, I need you
15  to come get us, like something just happened at
16  school.  And all I remember is seeing literally
17  everybody running, security, all the students,
18  teachers.
19  Q.     Okay.  Well, let's break this down a
20  little bit.  You covered quite a bit of ground here.
21  You don't remember what grade you were in when the
22  shooting occurred?
23  A.     I -- I don't think so.  I don't recall
24  my grade.
25  Q.     I think I saw some note, I think, that
                                               Page 11
```

```
 1  said you were 15 years old at the time.  What grade
 2  would you have been if you were 15?
 3  A.     I believe I would have been in my
 4  freshman or sophomore year.
 5  Q.     And what school are we talking about?
 6  A.     It would be Sue Cleveland.
 7  Q.     And you said you were with your friend
 8  Daniel, are you talking about Daniel Mondragon?
 9  A.     I am.
10  Q.     Now, prior to that shooting incident,
11  had you or Daniel, to your knowledge, participated
12  in some Instagram messages or social media messages
13  indicating that there might be a fight between rival
14  groups and kids would be bringing a strap to the
15  fight?
16         MR. BULLION:  Form.  Foundation.  And
17  Joe, at various points in time, I may make
18  objections as to what's called the form of the
19  question or foundation.  You should go ahead and
20  answer the question, unless I specifically tell you
21  not to answer a question.  Okay?
22         THE WITNESS:  Okay.
23  BY MR. WALZ:
24  Q.     Okay.  So go ahead and answer, please.
25  A.     No.  I believe there was no messages up
                                               Page 12
```

```
 1  there initially.
 2  Q.     Did you ever see any Instagram messaging
 3  at all that alluded to a potential gang fight with
 4  Daniel and yourself being on one side and some other
 5  students being on another?
 6  A.     No, definitely not.
 7  Q.     You're saying that under oath?  Never
 8  heard of that?
 9  A.     Yes.
10  Q.     Okay.  Did anybody ever threaten you or
11  -- regarding physical violence your freshman or
12  sophomore year?
13  A.     I guess you could say that.
14  Q.     Well, it's not me saying that.  I'm
15  asking you what is your memory and recollection?
16  A.     Yes.
17  Q.     Who threatened you?
18  A.     I could not recall names.  Just other
19  people in my grade.
20  Q.     Okay.  Were you threatened on a regular
21  basis?
22  A.     Yeah.
23  Q.     And did you take the threats seriously?
24  A.     No, to be honest.  I don't --
25  Q.     What --
                                               Page 13
```

```
 1    A.    I don't live in fear, I guess you could
 2  say that.
 3    Q.    I'm sorry, how did you say that at the
 4  end?
 5    A.    I don't -- I don't like to view myself
 6  as living in fear.  I wouldn't say I was scared or
 7  anything.
 8    Q.    Was this a rival group of students that
 9  were making these threats to you?
10    A.    That's -- that's how the school board
11  put it.  That's how all my referrals came out.  They
12  said that there was a group of individuals that were
13  trying to conduct some I guess you could say
14  unworthy stuff to do in school or however you would
15  want to put it.
16    Q.    Okay.  You said school board.  Did you
17  know anybody on the school board at -- well, let's
18  start at any time have you ever known a school board
19  member?
20    A.    No.
21    Q.    Have you ever seen any kind of a memo,
22  written communication from the school board to you,
23  your mother or anyone else?
24    A.    I believe not.
25    Q.    Then why did you just say school board
```
Page 14

```
 1  in your answer just a minute ago?
 2    A.    I wouldn't say I know a lot of
 3  information about the people in the office or
 4  anything like that, but I would say that I don't
 5  know if I would call them the school board, but
 6  that's how I refer to them.
 7    Q.    Okay.  Well, I'm trying to figure out
 8  when you say "school board," who are you referring
 9  to specifically?
10    A.    Mr. Affentranger.
11    Q.    And do you think he's on the school
12  board?
13    A.    I would assume.
14    Q.    Okay.  Do you know him in any other
15  capacity?
16    A.    No.
17    Q.    You don't know whether he was a
18  principal of the high school?
19    A.    Besides him being a principal, I didn't
20  -- I didn't know anything other than that.
21    Q.    Okay.  So you don't have any idea if he
22  was actually on the school board, do you?
23    A.    No.
24    Q.    Okay.
25          THE COURT REPORTER:  And I'm sorry, can
```
Page 15

```
 1  I get that last name again?  Mr. --
 2          MR. WALZ:  Affentranger.  It's
 3  A-f-f-t-r-a-n-g-e-r (sic).
 4          THE COURT REPORTER:  Thank you.
 5          MR. WALZ:  It's kind of hard.  I had
 6  struggled with it myself.
 7          THE COURT REPORTER:  Thank you.
 8          MR. WALZ:  You're welcome.
 9  BY MR. WALZ:
10    Q.    Okay.  So let's go back here and kind of
11  walk me through this, this whole bus trip and then
12  being at school and the gunshot.  I need to break it
13  down a little bit or -- in my questions because I
14  wasn't there.  So did you know there was going to be
15  a shooting that day?
16    A.    Definitely not.
17    Q.    Did you have any hint that there might
18  be one?
19    A.    No.
20    Q.    All right.  Did you find out the name of
21  the student or students that were involved in the
22  shooting?
23    A.    I do not recall his name, but I had had
24  a class with him previously.
25    Q.    Was that the only shooting that you've
```
Page 16

```
 1  ever been at or near in your lifetime?
 2    A.    Yes.
 3    Q.    Would you agree that that was pretty big
 4  news there at Cleveland High School when the student
 5  got shot?
 6    A.    I would say so.
 7    Q.    And everybody was talking about it,
 8  right?
 9    A.    From what I remember, there was -- there
10  was a lot of people talking about what happened at
11  Cleveland.
12    Q.    Sure.  That's pretty important if you
13  have a shooting on campus at a high school, right?
14    A.    Yes.
15    Q.    And you cannot tell me the name of that
16  student that got shot right now?
17    A.    No, I couldn't.
18    Q.    Is there a reason you can't?
19    A.    There -- there -- I actually believe
20  there was no one wounded.  I was right behind him
21  when the gun went off, and I remember there being
22  shrapnel from it hitting the brick in the wall.
23    Q.    So you were right -- you said you were
24  right behind him?
25    A.    Yes.
```
Page 17

5 (Pages 14 - 17)

```
 1  Valencia?
 2   A.   A week ago.
 3   Q.   In person or by electronic
 4  communication?
 5   A.   In person.
 6   Q.   Where at?
 7   A.   I believe we were at his house.
 8   Q.   Well, were you at his house or you just
 9  believe you were at his house?
10   A.   I mean, it's just the complex.  I would
11  assume he lives there.
12   Q.   How often do you see Andres?
13   A.   I couldn't say.  Once in a while.
14   Q.   Can you give me a ballpark what that
15  means?
16   A.   Maybe like once a week, if that.
17   Q.   Does Daniel ever go to any of these
18  times that you get together with Andres?
19   A.   Does who?
20   Q.   Daniel Mondragon.
21   A.   No.  Me and Daniel don't talk as much as
22  we used to.
23   Q.   Do you still maintain contact with
24  Gabriel Garcia Marcus?
25   A.   Yes.
```
Page 62

```
 1   Q.   How frequently?
 2   A.   Maybe like every other week.
 3   Q.   And where do you have contact with him?
 4   A.   It's not a specific place.  Sometimes
 5  the yard.
 6   Q.   Sometimes where, Joseph, I'm sorry?
 7   A.   The yard.  His parents own a tow yard.
 8   Q.   Okay.  What about Ryan Rodriguez, do you
 9  keep in touch with him?
10   A.   Yes.
11   Q.   Yes or no?
12   A.   Yes.
13   Q.   All right.  Were you familiar with any
14  charge or allegation that Andres Valencia brought a
15  weapon to the school?
16   A.   No.  Definitely not.
17   Q.   In fact, were you not questioned by
18  security as to whether Andres had brought a weapon
19  onto campus, but you refused to cooperate with the
20  investigation?
21   A.   That's -- that's definitely
22  misinformation.  I wasn't questioned about that, and
23  the other thing that I was questioned about was they
24  chalked it up to gang affiliation.
25   Q.   Who is "they"?
```
Page 63

```
 1   A.   I guess you could say Mr. Affentranger,
 2  yeah.
 3   Q.   Did Mr. Affentranger interview you or
 4  something?
 5   A.   Yes.
 6   Q.   When did this occur?
 7   A.   I guess you could say there was --
 8  security said there was a situation, and the day
 9  after, I got called into the office -- well,
10  technically, we all did -- and Mr. Affentranger
11  continued to pretty much get me to I guess you could
12  say comply with the story that he had in mind.
13         And I told him that I'm not going to
14  agree with something that is not true, essentially,
15  and he chalked it up to that being me -- me being
16  insubordinate, and he gave me a referral and this
17  extra stuff.
18   Q.   When you say that we were called into
19  the office, who's "we"?
20   A.   I guess you could say me and my friends
21  about the situation.
22   Q.   Can you identify them?
23   A.   I really couldn't.  There was a whole
24  lot of people there.  It's like there was over 30
25  people.  I definitely couldn't identify all those.
```
Page 64

```
 1   Q.   Did they all attend as a group or how
 2  did that come about, do you know?
 3   A.   I wouldn't say a group.  We were all
 4  getting lunch, but we were walking to the usual spot
 5  we eat lunch at, which is the building in the middle
 6  of the school, and from what I heard the next day,
 7  is there was a situation that ensued between one of
 8  my friends and somebody else or some people from my
 9  friend group and somebody else.  I'm not really sure
10  what conversation they were talking about, but he
11  seemed really persistent on making his point.
12   Q.   Was there another fight?
13   A.   They said -- they said that there was
14  going to be a fight, but no, there was never no
15  fight.
16   Q.   And as a result of insubordination, did
17  you get a short suspension from school?
18        MR. BULLION:  Form.  Foundation.
19        THE WITNESS:  Yeah, I believe I did.
20  BY MR. WALZ:
21   Q.   Do you know Marcus Anquiano (phonetic)?
22   A.   I don't know who that is.
23   Q.   Okay.  What about Siempre Menos
24  (phonetic)?
25   A.   Yes.
```
Page 65

```
 1   Q.   How do you know Siempre Menos?
 2   A.   He became a friend I guess you could say
 3 early on in Cleveland.
 4   Q.   Okay.  Laius Martinez, did you know him
 5 during this period of time?
 6        THE COURT REPORTER:  I'm sorry, what was
 7 the first name?
 8        MR. WALZ:  Laius.  It's -- yeah, it's
 9 kind of a weird spelling.  It's L-a-i-u-s.
10        THE COURT REPORTER:  Okay.
11        MR. WALZ:  And it's pronounced Laius.
12        THE COURT REPORTER:  Thank you.
13        MR. WALZ:  You're welcome.
14 BY MR. WALZ:
15   Q.   Did you know Laius Martinez?
16   A.   Yes.
17   Q.   Would he be in what we talked about or
18 in the group that you were affiliated with?
19   A.   Yeah.
20   Q.   And what about Daniel Mondragon?
21   A.   Yeah.
22   Q.   Now, did this cafeteria fight that we
23 discussed involving Gabriel Marcus and James
24 Rodriguez, did that occur before or after this
25 incident where we started the deposition where
```
Page 66

```
 1 Joshua brought the handgun to school and discharged
 2 it?
 3   A.   I'm really not sure if it was before or
 4 after.  I don't recall.
 5   Q.   Okay.  Do you know a student by the name
 6 of Wayne that you went to school with during your
 7 freshman year?
 8   A.   Say that name again.
 9   Q.   Wayne.  I don't know his last name.  I
10 don't have it right in front of me.
11   A.   That don't sound familiar.
12   Q.   And, of course, we just talked about
13 Andres.  What about --
14   A.   Yes.
15   Q.   -- a fellow by the name of Ervin?
16   A.   That don't sound familiar either.
17   Q.   And you do know Daniel, right?
18   A.   Yes.
19   Q.   Did Daniel ever tell you about some
20 Instagrams that involved a conversation where he was
21 part of between Wayne, Andres, Ervin and Daniel?
22        MR. BULLION:  Form.
23        THE WITNESS:  Definitely not because I'm
24 still not sure who Wayne is.
25 BY MR. WALZ:
```
Page 67

```
 1   Q.   Okay.  Well, let me just read you a
 2 couple of these names, and if you don't know, we'll
 3 -- we will take a look.  Wayne Segura (phonetic).
 4 Does that help you?
 5   A.   No.
 6   Q.   It doesn't?  Okay.  What about Ervin
 7 Marcus Miranda (phonetic), does that help you with
 8 Ervin's last name?
 9   A.   No.
10   Q.   Okay.  Well, let me ask you this, and
11 what I -- what I can do is I can't screen share
12 right now because I don't have that capability, but
13 I am going to send this over to counsel during the
14 lunch hour, and I'll ask you some specific
15 questions.  But I guess for definitional purposes,
16 do you know what a strap is?
17   A.   Yes.
18   Q.   What is it?
19   A.   I guess you could say it's a -- it's a
20 firearm.
21   Q.   Do you know if Daniel was ever known in
22 any discussions you had with him that he was being
23 considered a snitch by another group that did not
24 like him?
25        MR. BULLION:  Foundation.  Form.
```
Page 68

```
 1        THE WITNESS:  Not that I could recall.
 2 BY MR. WALZ:
 3   Q.   So when you say you can't recall, you're
 4 not saying that it didn't happen, you just don't
 5 recall?
 6   A.   Yeah, I don't know that.  I'm not sure.
 7   Q.   Were you ever aware of any social media
 8 activity, in particular Instagram, where there was a
 9 discussion of a potential gang fight involving
10 Wayne, Andres, Ervin, Daniel and others jumping in
11 for the gang fight?
12   A.   Definitely not.
13   Q.   Now, did you wear any specific type of
14 clothing generally, T-shirts or whatnot, whenever
15 you're going to school at Rio Rancho?
16   A.   The shirt you see and some joggers.
17   Q.   Okay.  It looks like there's three
18 skeletons on it.
19   A.   No.
20   Q.   No, in school.  Not right now.
21   A.   I'm not sure what you're talking about.
22   Q.   Okay.  Maybe I can -- maybe I can show
23 you this real quick.  See if I can get it to focus.
24        MR. BULLION:  Wait, hold on.  It's a
25 blur on our screen.
```
Page 69

**Page 78**

1  had with them?
2  A.  Just a lot of the same issues I was
3  having at Cleveland we would -- they would be saying
4  I would be doing one thing and then it's word --
5  it's my word against theirs, and then it's just a
6  situation from there that pretty much unravels.
7  Q.  What do you recall them telling you that
8  they thought you were doing?
9  A.  This is a very -- this is a very good
10 one.  There was a particular incident that happened
11 to where I got expelled from that school, and I
12 couldn't really -- I couldn't really come to a
13 conclusion of why.  Me and that teacher I had
14 mentioned had actually talked about it, too, and he
15 couldn't come to a conclusion of why she did it
16 either.
17       But there was this, I guess you could
18 call an aide.  It was a woman in our classroom that
19 would help out, and, you know, me and her never had
20 any problems.  We would talk once in a while about
21 just, you know, normal stuff about school and grades
22 or whatever, and one day we were outside coming --
23 coming up from lunch, coming up from outside, and I
24 remember I got in the building and everything was
25 normal that day, and then I got to school the next

**Page 79**

1  day, and my teacher told me that security was
2  waiting for me, and I thought that was kind of odd.
3        So I asked for what reason, and they
4  told me that they couldn't say anything until I was
5  down there.  So I followed them down, and then they
6  eventually told me that the aide had said that I had
7  -- I had hit her or something of that nature, and
8  you know what I mean, I was pretty flabbergasted at
9  that point.  Like, we never had any problems or
10 anything so I don't know why she would accuse me of
11 something like.
12       So I believe -- I believe it was -- I'm
13 not sure exactly what you would call it, but there
14 was a judge there in a room with my principal, and
15 there was I guess you could say a portion of the
16 meeting where we were reviewing camera footage from
17 outside, and the evidence that they provided, the
18 camera footage was only one angle, which is also
19 another reason I didn't understand because they have
20 multiple cameras outside, and it pretty much came
21 down to what I told you earlier.  It's my word
22 against theirs and just, you know, they expelled me
23 for it.
24 Q.  Okay.  Well, we need to unpack a lot of
25 information there, and thank you for your

**Page 80**

1  thoroughness.  The teacher's aide you said was
2  female, correct?
3  A.  Correct.
4  Q.  Can you give me approximate age at that
5  time of this female aide?
6  A.  I would say around 50 or 60.
7  Q.  So it was an older lady, right?
8  A.  Yes, correct.
9  Q.  And I know that we talked about genders
10 or ethnicity before.  Do you know or can you recall
11 what you believe the ethnicity of this 50 to
12 60-year-old woman to be?
13 A.  I'm not sure.  She had -- her skin was a
14 lighter tone, so I would lead to believe that she
15 was Hispanic or something of that nature.
16 Q.  And from what I hear you saying, the
17 allegation was made that you -- that you found out
18 that she claimed that you struck her or hit her
19 somehow?
20 A.  Yes.
21 Q.  Where did you allegedly strike her or
22 hit this lady?
23 A.  That -- they didn't even tell me
24 anything other than I had allegedly put my hands on
25 her.  That's the only information that they gave.

**Page 81**

1  Q.  Okay.  I'm trying to figure out putting
2  hands on somebody is still touching, but was an
3  allegation made that you struck or hit her as you
4  would traditionally think where you hit her or
5  punched her?
6  A.  Yes.
7  Q.  Now, I haven't met you personally, but I
8  understand you're a pretty big guy.  What's your
9  current height and weight?
10 A.  I'd say like six-four, six-five, 2
11 something, 250, something like that.
12 Q.  Okay.  And, of course, that's now today.
13 But thinking back to mid school, I understand you
14 were still a pretty big young man even then; is that
15 right or am I wrong?
16 A.  That's correct.  But I was definitely
17 littler, I guess you could --
18 Q.  Well, okay, we'll go with that.  But can
19 you kind of estimate whenever you were alleged to
20 have struck this 50 to 60-year-old teacher's aide
21 female what your height and weight was back then?
22 A.  It would have had to have been around I
23 think like five-eight, five-nine and like probably
24 around like 200, something like that.
25 Q.  Would you agree that you were a pretty

```
 1  big guy for that age group even back when you were
 2  in mid school?
 3     A.   Yes.
 4     Q.   Okay.  So what grade were you in when
 5  you allegedly struck this teacher's aide?
 6     A.   I believe it was my seventh or eighth
 7  grade year.
 8     Q.   Okay.  Now, you said that there was
 9  apparently some meeting or a hearing with a judge.
10     A.   Yes.
11     Q.   Was this a -- a judge that we would
12  think of in the traditional sense who sits as an
13  officer of the court and presides over a hearing or
14  is this some type of, if you know, of appointed
15  judge by agreement that just comes and does the
16  hearing?  Do you know?
17     A.   I am -- I'm really not sure.
18     Q.   Did the participants call him judge or
19  Your Honor during the hearing?
20     A.   I -- I don't recall.
21     Q.   Where was this -- I'm using the word
22  hearing.  I think you said hearing, but would you
23  call what -- when you attended this -- well, was it
24  a hearing?
25     A.   From my understanding, I believe that it
                                                Page 82
```

```
 1  was a hearing.
 2     Q.   Did you have an attorney?
 3     A.   I don't believe so.
 4     Q.   Again, when we ask -- or get that answer
 5  you don't believe so, you're not saying you didn't
 6  have an attorney, you just don't believe you had
 7  one; is that right?
 8     A.   Yeah.  I don't believe so.
 9     Q.   Was your mother present for this
10  hearing?
11     A.   Yes.
12     Q.   Who else, can you tell me, was present?
13     A.   The principal, it was another lady
14  there, and then the other lady, the judge, if you
15  will.  I'm not sure exactly who she is to the case
16  or --
17     Q.   Okay.  And again, I don't want to get
18  hung up, but when you say judge, could it have been
19  a hearing officer of some sort?
20     A.   Yes, it could have been.
21     Q.   Were -- did anybody testify?
22     A.   I don't -- I don't think so.  I believe
23  not.
24     Q.   You don't remember being sworn in like
25  you were at the beginning of your deposition and
                                                Page 83
```

```
 1  were witnesses being sworn in?
 2     A.   No.
 3     Q.   No?
 4     A.   No.  Nothing like that.
 5     Q.   How long did this hearing take?
 6     A.   I'd say maybe an hour, hour and 30.
 7     Q.   Do you know if it was tape recorded or
 8  video'ed?
 9     A.   I believe they did tape record it.
10     Q.   And again, this is at Mountain View?
11     A.   Yes.
12     Q.   Did this lady testify, the one that
13  claimed that you struck her?
14     A.   No.  That's -- that's one part I didn't
15  understand.
16     Q.   Did you -- did you testify?
17     A.   No.
18     Q.   You said that there was some camera
19  footage.  Did I hear you right?
20     A.   Yes.
21     Q.   Did you see the footage during the
22  hearing?
23     A.   I did.
24     Q.   Did you put hands on her or strike her?
25     A.   In the footage, it was -- the footage
                                                Page 84
```

```
 1  was very, very old.  Whatever type of cameras that
 2  they had it was very blurry and meshed together and
 3  pixilated.  It was -- you could essentially barely
 4  see our two figures in the shot.
 5     Q.   So could you tell by looking at the
 6  video, even though it was in that kind of condition,
 7  could you see whether or not you struck or put hands
 8  on this lady?
 9     A.   Definitely not.  That's also another
10  thing I didn't understand.  They also had one camera
11  angle when they have multiple cameras outside.
12     Q.   Okay.  I don't want to be demeaning or
13  anything, but you're not any kind of expert on
14  camera angles or what cameras were working or not
15  working back then, were you?
16     A.   I mean, I definitely know when a camera
17  is on, but I wouldn't say I'm no expert.
18     Q.   The footage that you did see, did it
19  show you -- excuse me -- close proximity to this
20  lady?
21     A.   Yes, we were -- we were both close
22  together on the footage.
23     Q.   Well, thinking back independently of
24  what happened, do you have any independent
25  recollection as to what your interaction with this
                                                Page 85
```

Page 86

1 lady was?
2  A.  I just -- the only thing that I can
3 remember that day of -- towards that situation was
4 when we were walking up from the field, I remember
5 me and my friends were talking to her. I don't
6 remember anything other than that. But when we got
7 inside, it was all normal. Like, she didn't mention
8 anything or nothing. That's why I thought it was
9 strange that the next day, I mean, they had said all
10 these things.
11  Q.  Let me ask you this, did you put hands
12 on this lady or strike her?
13  A.  Definitely not.
14  Q.  Who are these friends that were with
15 you, that were walking with you at that time?
16  A.  I couldn't -- I couldn't name exactly
17 who was there, but a lot of the same, a lot of the
18 same people that I have around still.
19  Q.  Okay. Well, let me help you out with
20 the -- throw out some names and you tell me if you
21 remember. What about Daniel Mondragon?
22  A.  We hung out a lot in middle school so I
23 wouldn't doubt if he was out there.
24  Q.  And what about Laius Martinez?
25  A.  No. I didn't -- I had not known Laius

Page 87

1 since we were in Cleveland.
2  Q.  What about -- what about Ryan Rodriguez?
3  A.  I would also believe that he -- he would
4 have been out there.
5  Q.  And Gabriel Marcus?
6  A.  Also, yes.
7  Q.  Andres Valencia?
8  A.  That one's a possibility, yeah.
9  Q.  Okay. Were you and your -- this group
10 that we've gone through before going back even to
11 middle school, do you think that looking back now
12 that you and your friends were either threatening or
13 menacing this 50, 60-year-old woman?
14       MR. BULLION: Form.
15       THE WITNESS: Definitely not, especially
16 back then. Definitely not.
17 BY MR. WALZ:
18  Q.  Well, we have -- I'm not -- I'm going to
19 one maybe extreme time, but do you think you were
20 engaged with some kind of enjoyable conversation
21 during a nature walk with her or something?
22       MR. BULLION: Form.
23       THE WITNESS: No.
24 BY MR. WALZ:
25  Q.  You were arguing with her, were you not?

Page 88

1  A.  No, I wasn't arguing. We were -- like I
2 said, I'm pretty sure we were all having a
3 conversation, but I couldn't recall what it was
4 about.
5  Q.  You don't know if there was any
6 hostility or any of your friends poking fun at this
7 lady?
8  A.  No, definitely not.
9  Q.  So is it your belief that she just made
10 up this whole scenario after getting along with you
11 during the year that out of the clear blue she just
12 claims that you struck or hurt her?
13  A.  That's -- that's the big thing that I
14 didn't understand about it. We had -- me or none of
15 my friends had ever had a issue with her. Like, she
16 had subbed for other classes that I had had
17 sometimes, and we had never had no issues before so
18 that was the one thing that struck me as very odd.
19 I'm like, I don't see why we would have an issue now
20 after this much time.
21  Q.  Okay. Joseph, have you ever seen this
22 lady again after completing mid school?
23  A.  No.
24  Q.  After the hearing, was that towards the
25 beginning of the year, middle of the year or towards

Page 89

1 the end of the year?
2  A.  I'd say it was probably like the end of
3 the year.
4  Q.  After the hearing, did you -- did you
5 ever see her again?
6  A.  No.
7  Q.  And as we've talked through this a
8 little bit, can you remember her name now?
9  A.  It's -- it's in my head. I would have
10 to think real hard about it.
11  Q.  Well, if it comes to you at any time
12 during the deposition, even if we're on another
13 question, just say Mr. Walz, I remember the name and
14 come up with it. Will you do that if you remember
15 the name?
16  A.  Yes, I will.
17  Q.  Do you remember the name of the homeroom
18 teacher for whom this lady was a teacher's aide?
19  A.  I believe the only one was the teacher I
20 spoke about, Mr. Barber.
21  Q.  Okay. Did you have any other write-ups
22 or disciplinary offenses that you recall that
23 occurred when you were still in middle school?
24  A.  No.
25  Q.  Were you written up at all for misuse of

23 (Pages 86 - 89)

```
 1  could think of is the head coach, and now that I'm
 2  thinking about it, I recall his -- we would call him
 3  Mr. Young or something like that.
 4  BY MR. WALZ:
 5     Q.   Okay.
 6     A.   Coach Young.
 7     Q.   And how many times do you think he was
 8  present when you were searched?
 9     A.   Maybe ten, if that.
10     Q.   Okay.  And we'll try to locate him.  Do
11  you know if he's still with the school district?
12     A.   I'm not sure.
13     Q.   Okay.  And other than him, Daniel
14  actually was never present with you when you were
15  searched ever, was he?
16     A.   No.
17     Q.   Okay.  If Daniel has a number or some
18  information that's because that would have been
19  information you would have told him, right?
20     A.   No.
21         MR. BULLION:  Form.
22  BY MR. WALZ:
23     Q.   What do you mean no?  How would Daniel
24  know --
25     A.   It's something he would have gained from
```
Page 126

```
 1  himself.  We had talked about us being searched and
 2  --
 3     Q.   Okay.
 4     A.   -- you know, it was a normal thing.  It
 5  was quite weird, honestly.
 6     Q.   Okay.  Did you report these searches
 7  some 40 to 50 searches during your sophomore year to
 8  your mother?
 9     A.   Yes.
10     Q.   Now, when you told her about these
11  searches, we talked about this before, the only
12  search or searches that you claimed were
13  inappropriate touching was with George Archuleta,
14  right?
15     A.   Correct.
16     Q.   And how many times did that occur?  Was
17  it like -- well, I don't want to put words in your
18  mouth.  How many times do you think Mr. Archuleta
19  touched you in an inappropriate manner during a
20  search?
21     A.   I'd say about twice.
22     Q.   Okay.  Two times?
23     A.   Correct.
24     Q.   Okay.  That's it?
25     A.   Correct.
```
Page 127

```
 1     Q.   And when this happened, was there any
 2  witness present at the time?
 3     A.   No.
 4     Q.   So it's just your word that you claimed
 5  that you were searched twice inappropriately by
 6  George Archuleta?
 7         MR. BULLION:  Form.
 8         THE WITNESS:  Correct.
 9  BY MR. WALZ:
10     Q.   And did both those searches occur in
11  your sophomore year?
12     A.   Yes.
13     Q.   Nothing happened your junior year?
14     A.   Not that I can recall.
15     Q.   Or senior year?
16     A.   Not that I can recall.
17     Q.   Now, was one of the disciplinary
18  infractions, Joseph, your sophomore year, we talked
19  a little bit about it before was for the body
20  punching that you and Daniel were engaged in?
21     A.   Yes.
22     Q.   I'm looking at a report or statement
23  assigned 2/21/19.  So that's February 21, 2019.  And
24  I'll read it to you verbatim.  It's very short by
25  Daniel Mondragon.
```
Page 128

```
 1         Voluntary statement:  Me and Joe were
 2  just throwing hands in the bathroom and both of us
 3  hit each other in the face.
 4         Do you think that that's a correct
 5  statement?
 6     A.   I'd say that's yes, somewhat accurate.
 7     Q.   I'm sorry?
 8     A.   I'd say that is somewhat accurate.
 9     Q.   Well, tell me what part you'd like to
10  add to or delete.
11     A.   Two people getting hit in the face.  I
12  don't -- I don't believe that was part of what
13  happened.
14     Q.   Did you hit Daniel in the face?
15     A.   Yes.
16     Q.   Okay.  And did he hit you in the face?
17     A.   No.
18     Q.   He never hit you in the face?
19     A.   I don't -- I don't believe so.  I'm not
20  positive.
21     Q.   Okay.  Well, tell us how that whole
22  thing got started and what happened, then.
23     A.   Essentially, it was another regular day,
24  and we get off the bus, and we see one of our
25  friends who we start walking in the hallway, and I
```
Page 129

==Page 130==

1  don't remember what conversation was being had, but
2  we were getting -- we were getting I guess you could
3  say closer to the other bathrooms, and Daniel said
4  something to I guess you could say our acquaintance
5  or friend.
6          He said something to him, and I was
7  like, yo, what do you mean because it was about me,
8  right?  He was talking to our friend about me.  So I
9  asked Daniel what he meant by, what do you mean,
10 what he told our friend, and he's like -- he was
11 pretty much trying to make it seem like essentially
12 if it were to come down to it, me and him fighting,
13 that he -- he could take me or something along those
14 lines, right?
15         And I told him, I'm like, yo, first of
16 all, why would you say something like that, you feel
17 me?  We're homeboys, like, it would never go there,
18 but like why would you say something like that?  And
19 he's like oh, no, bro, like I was just kidding, this
20 and that, you know what I mean?  It wasn't really
21 nothing.
22         And then we went to the next bathroom,
23 and our other friend had left, the third-party
24 person had left, and it was just me and him in there
25 and I was -- you know what I mean, we were having a

==Page 131==

1  conversation, and I'm like yo, like it was out of
2  pocket.  Like for what reason would you try to tell
3  somebody, even for any reason, like why would you --
4  why would you bring something like that into the
5  conversation?
6          And he's like oh, no, I was just joking.
7  I was like, I feel you, but like that's disrespect
8  at the same time, you know what I mean?  And -- and
9  he's like it's cool.  And he's like we can throw --
10 we can go bodies if you want.  And he's like no face
11 shots, though.  And I was like, you know what I
12 mean, I'm all about respect, you know what I mean?
13 And he said no facial, and I said that's cool.
14         So we started doing our thing, right,
15 and at one point in I guess you could say the
16 altercation we were against you could say the stalls
17 in the bathroom, and I guess you could say he snuck
18 a cheap one in there, and now that I'm mentioning
19 it, I think it was a face shot.  And then it just --
20 it just went from there.  And then security walked
21 in, and that's how it happened.
22     Q.    Okay.  Did Daniel drop a vape device in
23 the bathroom, too, while he was in there?
24     A.    I'm not sure.  I remember security
25 coming in asking what happened, and then Daniel said

==Page 132==

1  something about the bus, and then I went to first
2  period, and then they left.  And then during my
3  first period, I -- security came down and got me.
4     Q.    Were you suspended from school?
5     A.    I don't -- I don't think so.  I think I
6  had --
7     Q.    Did you have to provide a written
8  statement?
9     A.    No, the statement was from them.
10    Q.    I'm sorry?
11    A.    The statement was from them on the
12 referral.
13    Q.    And what was the referral?
14    A.    I think it was for like roughhousing or
15 something like that.  Something along those lines.
16    Q.    Did you have to go and eat lunch with
17 the vice principal for a few days?
18    A.    No.
19    Q.    Do you know if Daniel had to receive
20 medical treatment for the fight?
21    A.    No.
22    Q.    Do you know if he did get medical
23 treatment?
24    A.    I have no idea.  He -- he never
25 mentioned it like that to me.  We even talked after

==Page 133==

1  the fact.
2     Q.    Were you in -- your sophomore year --
3  other classes with Daniel?
4     A.    I don't think me and Daniel had any
5  classes.  I think me and him just showed up at lunch
6  pretty much.
7     Q.    Did you ever hear Daniel use foul
8  language and back talk to any coaches or school
9  personnel?
10    A.    I mean, I would assume, but I'm not
11 going to say for sure without knowing, so I'm not
12 sure.
13    Q.    Did you ever have any kind of sports or
14 physical education you used to call it with a woman
15 coach that taught hockey?
16    A.    Hockey?  I don't believe -- I don't
17 believe I know what you're talking about.  I think I
18 know the coach, though.
19    Q.    Well, let me ask you this, did you and
20 Daniel talk about how you got along with staff and
21 personnel your sophomore year?
22    A.    Not really about getting along with
23 staff.  More or less just what was happening
24 throughout the days.
25    Q.    Did you ever hear Daniel or did he tell

```
 1  that George Archuleta had touched you
 2  inappropriately?
 3      A.   I did not.
 4      Q.   To your knowledge, did Daniel Mondragon
 5  ever report to Ron that George Archuleta had touched
 6  Daniel inappropriately?
 7      A.   Not of -- not of anything I know.
 8      Q.   Okay.  Not to your knowledge, right?
 9      A.   Exactly.
10      Q.   Okay.  And Ron, was he there your
11  sophomore year?
12      A.   Yes.
13      Q.   And as I understand these two incidents
14  when Mr. Archuleta touched you inappropriately, both
15  of them happened your sophomore year?
16      A.   Correct.
17      Q.   But not your freshman year?
18      A.   No.
19      Q.   And then did there come a point when you
20  were attending Cleveland where you took notice or
21  learned that Mr. Archuleta was no longer working
22  there?
23      A.   Yes.
24      Q.   And how did you learn that?
25      A.   Through word of mouth.
```
Page 186

```
 1      Q.   And did you learn during your junior
 2  year?
 3      A.   No.
 4      Q.   Earlier, during your sophomore year?
 5      A.   No.
 6      Q.   When?
 7      A.   I had learned this after I was no longer
 8  attending Cleveland.
 9      Q.   And when did you stop attending again?
10      A.   I believe it was at the end of my junior
11  year.
12      Q.   All right.  When Mr. Walz was
13  questioning you on the first incident where
14  Mr. Archuleta acted inappropriately and you gave a
15  lot of details on this -- I'm not going to go over
16  them again -- but you said Mr. Archuleta touched
17  your left testicle?
18      A.   Correct.
19      Q.   And then you testified when you were
20  asked that, you said something to him.  Did I write
21  that down correctly?
22      A.   Correct.
23      Q.   And what did you say?
24      A.   I think I said something like -- like,
25  yo, or something like that.  It was something
```
Page 187

```
 1  simple.
 2      Q.   So your recollection, as you sit here
 3  today under oath, is you said the word "yo," just
 4  something very simple like that?
 5      A.   Yes, something simple.  Correct.
 6      Q.   Nothing more elaborate than that?
 7      A.   I believe not.
 8      Q.   And the first incident with
 9  Mr. Archuleta, I know you testified earlier you
10  reported, I got the feeling one of these to the
11  principal, Mr. Affentranger.  Did you just report
12  one of these incidents to the principal?
13      A.   Yes, I believe it was one.
14      Q.   And did you report that after the first
15  or second incident with Mr. Archuleta?
16      A.   I believe it was after the second.
17      Q.   All right.  The second incident with
18  Mr. Archuleta where you said, quote, he tried to
19  grab everything, end quote, did you respond or
20  verbalize anything to Mr. Archuleta when that
21  occurred?
22      A.   I don't believe so.
23      Q.   Did you physically try to resist in any
24  way when he did that?
25      A.   No, I stepped into the hallway.
```
Page 188

```
 1      Q.   Explain.
 2      A.   When I felt I guess you could say the
 3  uncomfortableness, I -- I stepped -- I removed
 4  myself from the room.  I stepped forward into the
 5  office and I kind of took back a step and I looked
 6  at him, and he kind of had no remorse in his face, I
 7  guess you could say.
 8      Q.   And when that happened, you were already
 9  in the hallway?
10      A.   Correct.
11      Q.   Okay.  And then you said there's a lot
12  of traffic, it's busy in that hallway?
13      A.   No.
14      Q.   It isn't?
15      A.   No.
16      Q.   Okay.  And when Mr. Archuleta searched
17  you these two times inappropriately, how far away
18  was the security video room?
19      A.   It's literally I guess you could say a
20  door's length.  If I were standing towards the room,
21  it would be a door length away to my right.
22      Q.   And again, I've never been there, but --
23  and then the administrators' offices, where are they
24  located in relation to this security supply room
25  where you and Mr. Archuleta were?
```
Page 189