
Messages LTE 6:08 PM 49%
Snitch
→ Group name
itz.marquez is active now
Wayne
Andres
Irvin
Daniel
you pic
no jumping
fr fr 1 on 1
— Wayne
itz.marquez
Only 4 of us all in total
Ervin Marquez Miranda
seguraaa._
my boy will jump in if you jump andres
Wayne
no straps either cuz y'all pussy like that
itz.marquez
You guys gonna take that offer ?
seguraaa._
??
Message...

EXHIBIT U


cricket LTE
6:10 PM
49%
Snitch
itz.marquez is active now
but daniel
Mondragon
you ain't his crew
and i'm still coming for you.
itz.marquez
I mean uhh
Sir
andrxs.v
Andres Valencia
Woah
itz.marquez
but Fe that's about it
Fr*
Message...


cricket LTE
6:16 PM
45%
Snitch
2 others are active now
fax
but your loud mouth ass jumped in
itz.marquez
I have nothing against andres
Ion even care I'm done with this shi
itz.marquez
But Daniel is just being a pussy
seguraaa._
ofc you are
itz.marquez
So your pussying our ?
Out*
Message...


cricket LTE
6:33 PM
44%
Snitch
andrxs.v is active now
and gabe said he ain't gonna stand in my way
say sum
3 on 3
Wayne vs Gabe
andrxs.v
So there was what 12 of u when it was supposedly 3
seguraaa._
(Wayne)
they came to watch my nigga
i wanted daniel
he said no tho so i dropped it
andrxs.v
And I was supposed to know this?
seguraaa._
Does not know what this is about
but he snitched so it's back on
Message...

cricket LTE 6:33 PM 44%



**Snitch**

andrxs.v is active now





itz.marquez



Oh yeah let's remember your little birch dad with the restraining order lol how come he dint come his time to protect you

seguraaa._

y'all pussy af i swear

i just called both y'all out

→ Gabe + Daniel + maybe andres



fax







itz.marquez



Like Daniel everybody knows you ass a pussy snitch so why wouldn't we blame you ?

seguraaa._



Message...








cricket LTE
6:34 PM
44%
Snitch
andrxs.v is active now
Okay bro we a get a call saying this is officer Daniel like if that isn't sus enough like it was obviously you cause Gabe won't snitch 😂
seguraaa._
and gabe said i can go for it at you so 😂
your "boys" ain't with you
you gonna get fuckeddd up
i've been waiting for this
itz.marquez
He won't even answer
Daniel
seguraaa._
fax 💀
Message...