IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON,

    Plaintiff,

vs.                                                                              21cv427 KK-JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants,

*and*

SARAH MONTOYA,

    Plaintiff,

vs.                                                                       21cv648 KK-JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants,

*and*

ANGELA SALAZAR,

    Plaintiff,

vs.                                                                       21cv751 KK-JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**Thursday, April 17, 2025**, at **10:00 a.m. MDT.** The parties should be prepared to discuss

whether they are interested in holding a second settlement conference. Counsel shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.

JENNIFER M. ROZZONI
United States Magistrate Judge