**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Jennifer M. Rozzoni,
United States Magistrate Judge**

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Mondragon v. Rio Rancho Public Schools Board of Education et al* | **DATE**: | Thursday, April 17, 2025 |
| **CASE No**: | 1:21-cv-00427-KK-JMR | **COURTROOM CLERK**: | CCP |
| **PROCEEDINGS COMMENCED**: | 10:00 a.m. | **COURT IN RECESS**: | 10:10 a.m. |

**TYPE OF PROCEEDING**:  *Status Conference*

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**:

Todd J. Bullion

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:

**For Rio Rancho Public Schools:**
Jerry Walz

**For George Archuleta:**
Carlos M. Quinones

**The following issues were discussed**:

I.  The Court asked the parties if they were interested in setting a second settlement conference, now that the dispositive motions have been decided.

II.  Mr. Quinones indicated that he will most like file an interlocutory appeal to the Tenth Circuit and that the parties would then be referred for mediation in the Tenth Circuit.  Due to the likely appeal, he does not wish to set a settlement conference in this court at this time.

III.  The Court will monitor the docket.  If no appeal is filed by the end of April, the Court will set a status conference in May to discuss further.