IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCT OF NEW MEXICO

MARK MONDRAGON, o.b.o. D.M.,
a minor child,

    Plaintiffs,

vs.                                                                                  Case No. 1:21-cv-00427 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and
GEORGE ARCHULEETA, in his individual and official capacity,

    Defendants.

and

SARAH MONTOYA, o.b.o L.M.,
a minor child,

    Plaintiffs,

vs.                                                                                  Case No. 1:21-cv-00648 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION and
GEORGE ARCHULEETA, in his individual capacity,

    Defendants.

and

ANGELA SALAZAR, o.b.o J.M.,
a minor child,

    Plaintiffs,

vs.                                                                                  Case No. 1:21-cv-00751 KK/JMR

RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, and
GEORGE ARCHULEETA, in his individual capacity, and
JOHN DOE # 1, in his individual capacity,

    Defendants.

## NOTICE OF APPEAL

COMES NOW Defendant George Archuleta, by and through counsel, Quiñones Law Firm LLC (Carlos M. Quiñones), and hereby files this Notice of Appeal as to the following:

1. Memorandum Opinion and Order filed on March 31, 2025 [Doc. 90], denying Defendant George Archuleta's Motion for Summary Judgment on Basis of Qualified Immunity on Count I, attached hereto as Exhibit A.

The Court's Memorandum Opinion and Order denying Defendant George Archuleta's Motion for Summary Judgment on Basis of Qualified Immunity on Count I is considered a "final judgment" at the trial court level as construed by federal law in *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985) ("district court's denial of a claim of qualified immunity, to the extent that it turns on an issue of law, is an appealable 'final decision' within the meaning of 28 U.S.C. § 1291 notwithstanding the absence of a final judgment."). Therefore, this matter is now ripe for appeal.

Respectfully submitted,

**QUIÑONES LAW FIRM LLC**

By: Electronic Signature */s/ Carlos M. Quiñones*
   CARLOS M. QUIÑONES, ESQ.
   1223 S. Saint Francis Dr., Ste. C
   Santa Fe, NM  87505
   (505) 992-1515  (505) 992-1714 (fax)
   *Attorney for Defendant George Archuleta*

It is hereby certified that undersigned counsel filed the foregoing electronically
through the CM/ECF system on April 30, 2025, which caused
the following counsel to be served by electronic means:

Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Dr. NE, Ste. D-5
Albuquerque, NM 87109
(505) 217-2680

and

Todd J. Bullion, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 452-7674
*Attorneys for Plaintiffs*

Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
Walz & Associates, P.C.
133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
(505) 275-1800
*Attorneys for Defendant Rio Rancho Public
Schools Board Education*

 Electronic Signature */s/ Carlos M. Quiñones*
CARLOS M. QUIÑONES