IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK MONDRAGON o/b/o
D.M. a minor child,

    Plaintiffs,

vs.                                                21-CV-00427 SMV/KRS

RIO RANCHO PUBLIC SCHOOLS,
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

    Defendants.

    *And*

SARAH MONTOYA,

    Plaintiff,

vs.                                                21-CV-00648 KK/JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants,

*and*

ANGELA SALAZAR,

    Plaintiff,

vs.                                                21-CV-00751 KK/JMR

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION, *et al.*,

    Defendants.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Jason Bowles of Bowles Law Firm, hereby moves this Court to withdraw as counsel for Plaintiffs, and in support of his motion states as follows:

1. Undersigned is co-counsel on these matters with Todd J. Bullion.

2. Plaintiffs will continue to be represented by Mr. Bullion. Undersigned is unable to continue representation in this matter.

3. Counsel for Rio Rancho Public Schools and the Rio Rancho School Board, Jerry A. Walz does not oppose this motion.

4. Counsel for Defendant George Archuleta, Mr. Carlos M. Quinones does not oppose this motion.

WHEREFORE, undersigned respectfully requests this Court to enter an order to allow undersigned to withdraw as counsel for Plaintiffs.

Respectfully submitted

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, NM 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 19th day of May, 2025 to:

Mr. Jerry A. Walz
Ms. Alisha L. Walz
Walz & Associates

Mr. Carlos M. Quiñones

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm